AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

CHRISTOPHER HAVLIK

V.

JOHNSON & WALES UNIVERSITY

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 510 ML

TO: (Name and address of Defendant)

JOHNSON & WALES UNIVERSITY
AGENT OF SERVICE:
Christopher T. DelSesto, Esq.
111 Dorrance Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JOHN R. MAHONEY, ESQ.
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**CLERK**

**DATE** 12/7/05

**(By) DEPUTY CLERK**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 12-12-05 |
|---|---|
| NAME OF SERVER (PRINT) Alfred J. Harris | TITLE Alfred J. Harris Authorized Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): By serving Registered Agent's Assistant At 1 Cookson Pl #6 Providence

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-12-05
Date

[signature]
*Signature of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862
*Address of Server*

Johnson & Wales University
X by: Sarah E. Blossom
Paralegal
12/12/05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.