UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

DEC 20 2005

Property of U.S. District Court
District of Rhode Island

CHRISTOPHER HAVLIK :
:
Vs. : C.A. No. 05-510ML
:
JOHNSON & WALES UNIVERSITY :

STIPULATION

By agreement of the parties, Defendant Johnson & Wales University, shall have up to and including ~~January~~ 17, 2005 to answer or otherwise respond to Plaintiff's Complaint.

Paul V. Curcio, #1965
Attorney for Defendant Johnson & Wales University
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Telephone: (401) 274-7200
Facsimile: (401) 351-4607

John R. Mahoney, #1940
Attorney for Plaintiff Christopher Havlik
ASQUITH & MAHONEY LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
Telephone: (401) 331-5353
Facsimile: (401) 331-5353

CERTIFICATION

I hereby certify that a true and accurate copy of the within was mailed/hand delivered to the following attorneys of record, John R. Mahoney, Esq., Asquith & Mahoney, LLP, 155 South Main Street, Suite 202, Providence, RI 02903 on this 19th day of December, 2005.

Enter: Mary M. Lisi USDJ 12/30/05

364941_1.doc