UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER HAVLIK | : | |
| | : | |
| vs. | : | C.A. No. 05-510ML |
| | : | |
| JOHNSON & WALES UNIVERSITY | : | |

**NOTICE TO TAKE DEPOSITION**

**DEPONENT:** **Christopher Havlik**

**DATE:** **May 1, 2006**

**TIME:** **10:00 A.M.**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 30, Defendant, Johnson & Wales University, will conduct the deposition upon oral examination of the plaintiff at the offices of Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, Rhode Island. The deposition will commence at 10:00 a.m. and may be continued to a lawfully adjourned date, or from day to day until the deposition is completed.

This deposition will be recorded by stenographic and/or other means and it may be used as testimony at the trial of this cause.

JOHNSON & WALES UNIVERSITY
By its Attorneys,

Paul V. Curcio

Paul V. Curcio (#1965)
Katy A. Hynes (#6659)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: 4/21/06

**CERTIFICATION**

TO: John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street – Suite 202
Providence, RI 02903

I hereby certify that I caused a true and accurate copy of the within to be sent via regular mail, postage prepaid to the above-named counsel of record on this 21st day of April, 2006.

Lois J. Verria

cc: Capitol Court Reporting

*379141_1.doc*