RECEIVED
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903

JAN 25 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to the provisions of the Federal Rules of Civil Procedure, the plaintiff, Christopher Havlik, will take the testimony, on oral examination, of IRVING SCHNEIDER, Ph.D. on FRIDAY, FEBRUARY 17, 2006 at 3:00 p.m. at the offices of JOHN R. MAHONEY, ESQ., ASQUITH & MAHONEY, LLP, 155 SOUTH MAIN STREET, 2nd FLOOR, PROVIDENCE, RHODE ISLAND, before a notary public of the State of Rhode Island or some other duly authorized person and thereafter from day to day as the taking of the deposition may be adjourned at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper. ***Deponent shall bring with him to said deposition Christopher Havlik's student conduct file and any other documentation possessed by Johnson & Wales University that relates to Christopher Havlik.***

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 23rd day of January, 2006 I mailed a true copy of the within to Paul V. Curcio, Esq., Adler, Pollock & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 09203 – 1345.

Lisa Ann Soucy

cc: PATRICIA ALOISIO