ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

February 20, 2006

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, Suite 202
Providence, RI 02903

Re: Christopher Havlik v. Johnson & Wales University

Dear Jack:

On February 9th of this past week, while waiting for the pre-trial conference in this matter, you agreed to postpone the deposition of Irving Schneider. Your original notice of deposition was not accompanied by a subpoena. The deposition notice itself provided that the "Deponent shall bring with him to said deposition Christopher Havlik's student conduct file and *any other documentation possessed by Johnson & Wales University that relates to Christopher Havlik*" (emphasis added).

We are currently working toward compiling the documents you requested, subject to the issues we discussed concerning both the Family Educational Rights and Privacy Act of 1974 ("FERPA") as well as any attorney-client privilege or work-product doctrine issues. The request for the student conduct file is plain. However, the request for "any other documentation possessed by Johnson & Wales that relates to Christopher Havlik" is too broad and too vague. Please describe with greater specificity the types of documents that you are requesting and the time frames which are relevant to those documents.

Sincerely yours,

Paul V. Curcio

PVC:sz

cc: Barbara L. Bennett, J.D.

*372311_1.doc*