ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

February 22, 2006

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, Suite 202
Providence, RI 02903

Re: Christopher Havlik v. Johnson & Wales University

Dear Jack:

Enclosed please find documents responsive to the notice of deposition for Irving Schneider, President, Providence Campus. Please be advised that these are all the documents Johnson & Wales University has in its possession regarding this matter with the exception of privileged documents and documents subject to FERPA.

Thank you.

Very truly yours,

Katy H

KATY A. HYNES

KAH:sz

Enclosures

*372780_1.doc*