ASQUITH & MAHONEY, LLP
ATTORNEYS AT LAW

HARRY W. ASQUITH, JR.
JOHN R. MAHONEY
ELIZABETH P. SANTILLI*
DENISE LOMBARDO MYERS †
JOHN W. MAHONEY

HARRY W. ASQUITH
1919-1998

* ALSO MASSACHUSETTS BAR
† ALSO CONNECTICUT BAR

February 24, 2006

Paul V. Curcio, Esq.
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903 – 1345

RECEIVED
ADLER POLLOCK & SHEEHAN, P.C.
2300 Financial Plaza
Providence, RI 02903

FEB 28 2006

RE: CHRISTOPHER HAVLIK
VS: JOHNSON & WALES UNIVERSITY

Dear Paul:

Your client has deliberately failed to answer interrogatories #4, #5, #10 and #13. I will file a motion in the event that these more responsive answers are not forthcoming within the week.

With this correspondence I formally request that the University produce the following documentation referenced in the answers:

1. The October 13, 2004 Campus Herald article referenced in the University's response to interrogatory #3.

2. The September 24, 2004 letter from Lucille Maiella to Dean Martel referenced in answer to interrogatory #12.

3. Christopher Havlik's Student Conduct Review File referenced in the University's answer to interrogatory #12.

4. Notes or other written documentation prepared by Ms. Sarawgi in connection with the appeal process.

5. The Unusual Incident Report dated September 17, 2004 authored by Officer Rebecca Steele and referenced in the University's answer to interrogatory #17.

Paul V. Curcio, Esq.
Adler Pollock & Sheehan, P.C.
RE: CHRISTOPHER HAVLIK
VS: JOHNSON & WALES UNIVERSITY
February 24, 2006
Page 2

6. General Order No. 033 of the Campus Safety & Security Department referenced in the University's response to interrogatory #18.

7. The Declaration Sheet of the insurance policy referenced in the University's response to interrogatory #20.

Kindest regards.

Very truly yours,

John R. Mahoney, Esq.

JRM:las