ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

March 13, 2006

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, Suite 202
Providence, RI 02903

**Re: Christopher Havlik v. Johnson & Wales University/Document Production**

Dear Jack:

In order for the University to comply with HIPPA, it must receive a subpoena for records. Once it has received the subpoena it can then contact students who are named in the documents to give them an opportunity to object to their production.

If you want to receive unredacted records, please issue a subpoena to the Keeper of Records for Johnson & Wales.

Sincerely yours,

Paul V. Curcio

PVC:sz

cc: Barbara L. Bennett, J.D.