ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401·274·7200
Fax 401·751·0604 / 351·4607

175 Federal Street
Boston, MA 02110-2890
Telephone 617·482·0600
Fax 617·482·0604

www.apslaw.com

March 17, 2006

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, Suite 202
Providence, RI 02903

Re: Christopher Havlik v. Johnson & Wales University

Dear Jack:

In my letter of March 13, 2006 I mistakenly referenced "HIPPA". The Federal Statute which requires a subpoena for student records is, of course, "FERPA". I apologize for any confusion.

Sincerely yours,

Paul

Paul V. Curcio

PVC:sz

*375489_1.doc*

cc: Barbara L. Bennett, J.D.