Attached

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 17 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

## PLAINTIFF'S MOTION TO COMPEL

Now comes the plaintiff, Christopher Havlik, and hereby moves that the defendant be compelled to produce documentation previously described in a request for production of documents dated February 24, 2006. As grounds for said motion, the moving party refers to the Memorandum of Law attached hereto and incorporated herein by reference.

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ___
Mary M. Lisi, U.S. District Judge
Date: 5/30/06

6/9/06: MOTION PASSED BY AGREEMENT.
USMJ

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

## CERTIFICATION

I hereby certify that on the 15th day of May, 2006 I mailed a true copy of the within to Paul V. Curcio, Esq., Adler, Pollock & Sheehan, PC., One Citizens Plaza, 8th Floor, Providence, RI 09203 – 1345.

Lisa Ann Soucy