UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER HAVLIK | : | |
| | : | |
| Vs. | : | C.A. No. 05-510ML |
| | : | |
| JOHNSON & WALES UNIVERSITY | : | |

**NOTICE OF APPEARANCE**

I, John A. Tarantino, of Adler Pollock & Sheehan P.C., hereby enter my appearance as co-counsel on behalf of Defendant, Johnson & Wales University.

/s/ John A. Tarantino
JOHN A. TARANTINO, #2586
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: September 26, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2006, I did send a true copy of the within Notice of Appearance **by electronic means (ECF)** to the following attorney of record: John R. Mahoney, Esq., Asquith & Mahoney, LLP, 155 South Main Street, Suite 202, Providence, RI 02903.

/s/ John A. Tarantino

*394619_1.doc*