UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes the plaintiff, Christopher Havlik, and moves to amend his Complaint filed against Johnson & Wales University. As grounds for said motion, the plaintiff refers to the Memorandum of Law attached hereto.

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 18th day of October, 2006 I electronically filed the within to Paul V. Curcio, Esq., Adler, Pollock & Sheehan, PC., One Citizens Plaza, 8th Floor, Providence, RI 02903 – 1345.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

**MEMORANDUM OF LAW**
**IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND COMPLAINT**

The plaintiff, Christopher Havlik, has filed the instant libel and breach of contract civil action pertaining to an incident that occurred while he was a student at Johnson & Wales University on or about September 21, 2004. Recent testimony from Ms. Barbara Bennett, Chief Legal Counsel for Johnson & Wales University, revealed that at approximately 4:00 p.m. on the aforesaid date, the university published a “Crime Alert”. The plaintiff was the subject of the “Crime Alert”. The “Crime Alert” accused Mr. Havlik of a crime. The publication indicated that a knife was involved at the time of the particular incident.

Christopher Havlik was suspended from the university and given a hearing which was held on September 20, 2004. Ms. Bennett testified that the publication of the “Crime Alert” occurred shortly after the Hearing Board's decision finding Mr. Havlik not guilty of possession of a knife.

Accordingly, the university published the “Crime Alert” referencing the knife at a time when the same university had also found Mr. Havlik not guilty of possessing the knife. The university is guilty of publishing a false statement with regard to the plaintiff, knowing it to be false.

Count II of the Amended Complaint asserts the aforementioned facts and seeks punitive damages against the university pursuant to the decision in Gertz v. Robert Welsh, Inc., 418 US

323, 94 S.Ct. 2997, 41 L.Ed.2d 789 (1974) which holds that a private figure plaintiff can only recover punitive damages upon proving actual malice. Actual malice is defined as knowledge of falsity of the alleged libelous statement or publishing with reckless disregard of whether the statement is true or false. New York Times Co. v. Sullivan, 376 US 254, 84 S.Ct. 710, 11 L.Ed.2d 686 (1964).

A copy of the proposed Amended Complaint is attached.

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 18th day of October, 2006 I electronically filed the within to Paul V. Curcio, Esq., Adler, Pollock & Sheehan, PC., One Citizens Plaza, 8th Floor, Providence, RI 02903 – 1345.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com