UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER HAVLIK | : | |
| | : | |
| Vs. | : | C.A. No. 05-510ML |
| | : | |
| JOHNSON & WALES UNIVERSITY | : | |

**MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

Now comes the Defendant, Johnson & Wales University, and hereby requests additional time to file dispositive motions in the above-referenced matter. The Pretrial Order requires that dispositive motions be filed by October 26, 2006. On October 18, 2006, the Plaintiff filed a Motion to Amend his Complaint to add purported claims for punitive damages. Johnson & Wales University intends to file an objection to the proposed amendment and intends on filing a dispositive motion with respect to the Plaintiff's claims, including any claim for punitive damage, in the event that the amendment is allowed. Consequently, Johnson & Wales requests that this Court extend the time for filing dispositive motions until 10 days after this Court rules on the Plaintiff's Motion to Amend.

Dated: October 20, 2006

DEFENDANT,
JOHNSON & WALES UNIVERSITY
By its attorneys,

/s/ John A. Tarantino
JOHN A. TARANTINO, #2586
jtarantino@apslaw.com
PAUL V. CURCIO, #1965
pcurcio@apslaw.com
KATY A. HYNES, #6659
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER HAVLIK | : | |
| | : | |
| Vs. | : | C.A. No. 05-510ML |
| | : | |
| JOHNSON & WALES UNIVERSITY | : | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS**

On February 9, 2006, this Court entered a Pretrial Order closing discovery on October 12, 2006 and ordering that dispositive motions be filed by October 26, 2006. On October 18, 2006, the Plaintiff filed a Motion to Amend his Complaint to add purported claims for punitive damages. Defendant, Johnson & Wales University, has until November 6, 2006 to file its opposition to the Motion to Amend and it intends to do so. Johnson & Wales University also intends to file a dispositive motion with respect to the Plaintiff's Complaint, as it presently stands, or with respect to any proposed amendment, if granted. Johnson & Wales University needs to know the claims against which it will file any dispositive motions. Consequently, Johnson & Wales University requests that this Court extend the time within which Johnson & Wales University may file dispositive motions to 10 days after this Court rules on the Plaintiff's Motion to Amend.

Dated: October 20, 2006

DEFENDANT,
JOHNSON & WALES UNIVERSITY
By its attorneys,

/s/ John A. Tarantino
JOHN A. TARANTINO, #2586
jtarantino@apslaw.com
PAUL V. CURCIO, #1965
pcurcio@apslaw.com
KATY A. HYNES, #6659
khynes@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 351-4607

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2006, I did send a true copy of the within Motion to Extend Time to File Dispositive Motions and supporting Memorandum of Law **by electronic means (ECF)** to the following attorney of record: John R. Mahoney, Esq., Asquith & Mahoney, LLP, 155 South Main Street, Suite 202, Providence, RI 02903.

/s/ John A. Tarantino

*397092_1.doc*