# EXHIBIT E

#041814

*Johnson & Wales University*
*Student Conduct Review*

# Student Conduct Hearing Decision

***Student Name*** Havlik, Christopher ***Student ID#*** J00182599

∋ **Decision:** Under the Johnson & Wales University Student Conduct Review Process, a hearing has been held to consider the alleged violation(s) described in your Conduct Review Notification dated 9/20/04. After carefully considering available information, the hearing panel has found you responsible for the following violations: 1A 3F ____ ____ ____

and not responsible for the following violations: 1H ____ ____ ____ ____

∋ **Sanctions Imposed:**

Official Reprimand.

Conduct Probation

Deferred suspension from housing

Suspension from housing.
(Eligible to request return to housing no earlier than________________.)

Dismissal from housing (not eligible to return to housing).

Deferred suspension from the University.

Suspension from the University
(Eligible to request reinstatement no earlier than________________.)

Dismissal from the University (not eligible for reinstatement).

Other (describe): ________________________________

To be completed by: ________________________________

∋ **RIGHT TO APPEAL:** You may appeal this decision in writing within two (2) business days if:

a.) relevant, new information has come to light since the decision was made,
b.) your basic rights as a student were denied or the hearing was unjust, or
c.) the sanction was inconsistent with the violation or the circumstances of the incident.

Appeal Officer: Veera Sarawgi Telephone Number: 1563
Location: University Hall

**Your Appeal Officer must receive your appeal letter no later than 4 p.m. on** 9/26/04

**Student Acknowledgment:**

I understand and acknowledge the decision of the Student Conduct Hearing and my right to appeal.

Signature Chris Havlik Date 9/22/04.

Rev. 8/01

PLAINTIFF'S EXHIBIT 9