UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

# AMENDED COMPLAINT

## JURISDICTION

1. The plaintiff, Christopher Havlik, is a citizen of the Town of Medford in the State of New York.

2. The defendant, Johnson & Wales University, is a non-profit educational university incorporated in the State of Rhode Island.

3. This Complaint is filed pursuant to § 28 U.S.C. § 1332, in that there is diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, excluding interest and costs.

## COUNT I – LIBEL AND SLANDER

4. On or about September 21, 2004, the plaintiff, Christopher Havlik, was a junior at Johnson & Wales University. He had successfully completed his first two years at the university.

5. On or about September 21, 2004, the defendant university published a "Crime Alert" notification, a copy of which is attached hereto and incorporated herein and marked as "Exhibit A" for reference. The defendant, through its employees, agents and representatives, published and distributed "Exhibit A" within the Johnson & Wales campus community and in surrounding areas of the City of Providence. The "Crime Alert" accused the plaintiff of a crime in that said

plaintiff was alleged to have assaulted another student at the college. The "Crime Alert" publication was false in that it accused the plaintiff of committing a crime; accused the plaintiff of having a motive to commit the crime; accused the plaintiff of initiating a verbal altercation; and accused the plaintiff of having a knife during the altercation. The false publication by the defendant held the plaintiff up to scorn, ridicule and embarrassment and damaged his reputation.

COUNT II

6. The allegations referred to in paragraphs 1 through 5 are incorporated herein by reference.

7. At the time that the defendant university published the "Crime Alert" on September 21, 2004, university officials knew that the plaintiff did not possess a knife at the time of the incident involving another student. Notwithstanding this fact, the defendant knowing that portion of the "Crime Alert" in issue to be false, referenced the fact that the plaintiff possessed a knife at the time of said incident.

COUNT III

8. The allegations referred to in paragraphs 1 through 7 are incorporated herein by reference.

9. While a student at Johnson & Wales, the plaintiff, Christopher Havlik, had certain substantive and procedural rights that were afforded him, pursuant to the Johnson & Wales Student Handbook, effective in the academic year 2004 – 2005.

10. The defendant university filed internal discipline charges against the plaintiff for allegedly violating Sections 1(a), 1(h) and 3(f) of the Student Code of Conduct.

11. A hearing was held with regard to these charges and a decision was rendered on or about September 22, 2004 finding the plaintiff responsible for having violated Sections 1(a) and

3(f) of the aforesaid Student Code of Conduct. The plaintiff was not found responsible for violating section 1(h).

12. As a result of the university's finding that the plaintiff had violated two sections of the Student Discipline Code, the plaintiff was dismissed from the university and was not eligible for reinstatement.

13. The plaintiff filed a timely appeal to the university based on its finding of guilt and his expulsion from the university and the plaintiff's appeal was denied on or about September 29, 2004.

14. The university had prejudged the plaintiff before either his hearing or his appeal from the adverse determination made by university personnel. The plaintiff was not provided a fair hearing pursuant to the university handbook. The plaintiff had substantive rights pursuant to the University Student Handbook that were not afforded him in this instance. The defendant breached its contract with the plaintiff and wrongfully expelled him from the university without a hearing.

15. The plaintiff was damaged as a result of the defendant's breach of contract with him and the defendant's wrongfully expulsion of the plaintiff from the university without being afforded the substantive rights he was otherwise entitled to pursuant to the University Student Handbook. The plaintiff seeks, upon a jury determination that his contract rights with the university were breached, immediate reinstatement to the university and any compensation to which he is otherwise entitled as a result of the defendant's breach of contract with the plaintiff.

WHEREFORE, the plaintiff demands judgment against the defendant as follows:

1. Compensatory damages the plaintiff sustained as a result of the defendant's publication of "Exhibit A".

2. Punitive damages as a result of the defendant's publication concerning the

plaintiff of "Exhibit A"

3. Damages as a result of the defendant's breach of contract with the plaintiff.
4. Immediate reinstatement into the university.
5. Interest, costs and any other remedy that is appropriate.

The plaintiff asserts that the monetary sum sought herein against the university is in excess of $75,000.00.

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

THE PLAINTIFF REQUESTS A TRIAL BY JURY.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com

CERTIFICATION

I hereby certify that on the 28th day of November 2006 I electronically filed the within to Paul V. Curcio, Esq., Adler, Pollock & Sheehan, PC., One Citizens Plaza, 8th Floor, Providence, RI 02903 – 1345.

/s/ JOHN R. MAHONEY, ESQ.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 - Telephone
(401) 331-7373 - Fax
JackMahoney@amlawllp.com