# EXHIBIT 3

# WITNESS STATEMENT

CCR# 04-120692

Time 10:27am

Date 9-21-04

Place 325 WASHINGTON ST.

I, **DONALD P. RATCLIFFE**, voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: DONALD P. RATCLIFFE

**Q: What is your date of birth?**
A: 4-17-1985

**Q: What is your present address?**
A: 100 SPRUCE ST. APT. 3 PROVIDENCE RI 02903

**Q: What is your occupation?**
A: STUDENT

**Q: What is your present phone number?**
A: 215-520-6390

Q: WE THE PROVIDENCE POLICE ARE INVESTIGATING A REPORTED ASSAULT IN WHICH YOU WERE THE VICTIM ON 9-16-04 AT APPROX. 11:30PM. CAN YOU TELL ME WHAT OCCURRED?
A: ME AND ELYSE OKOLITA WERE STANDING ON THE SIDEWALK ON RICHMOND ST. NEAR PINE ST. AT ABOUT 11:30PM WHEN CHRIS HAVLICK APPROACHED US AND STARTED YELLING AT ME. HE SAID " WHAT THE HELL DID YOU SAY TO ME?" OVER AND OVER AGAIN. I SAID " I DIDN'T SAY ANYTHING TO YOU". ELYSE WAS SAYING " CHRIS GET AWAY FROM HIM HE WAS TALKING TO ME". THEN HE SAID " YOU'RE A PUSSY AND ALWAYS WILL BE A PUSSY" I SAID " I'M NOT AFRAID OF YOU GUYS". THEN HE SWUNG HIS RIGHT FIST AND HIT ME ON THE JAW. I WAS KNOCKED OUT. I FELL BACK AND HIT MY HEAD ON THE SIDEWALK. I WOKE UP IN R.I. HOSPITAL THE NEXT I KNEW. I RESCUE HAD TAKEN ME.
Q: DO YOU KNOW THIS CHRIS HAVLICK?
A: YES. HE'S IN A FRATURNITY AT JOHNSON AND WALES. I WAS GOING TO BE IN A FRATURNITY AND DECIDED NOT TO AND SINCE THEN HAVE BEEN HARRASSED BECAUSE OF THIS.
Q: HOW LONG HAVE YOU KNOWN HAVLICK?
A: ONE YEAR.
Q: HOW OLD IS HE?
A: 20-21.
Q: WHERE DOES HE LIVE?
A: ORMS ST..
Q: OTHER THAN YOU AND ELYSE AND HAVLICK WAS ANYONE ELSE THERE DURING THIS CONFRONTATION?
A: JOHN CURLEY AND ANNA.
Q: DID YOU EVER HIT ANYONE?
A: NO.
Q: WHAT INJURY IF ANY DID YOU RECEIVE?

Signature: [signature]

WITNESS STATEMENT

7

A FRACTURED SKULL AND CONCUSSION. I WAS RELEASED FROM THE HOSPITAL FRIDAY 9-17-04 AT 10AM.
Q DO YOU WISH TO PRESS CHARGES AGAINST CHRIS HAVLICK?
A YES.
Q ARE THESE STATEMERNTS YOU HAVE GIVEN THE TRUTH AND ACCURATE?
A YES

Signature

Statement taken by