# EXHIBIT 4

# WITNESS STATEMENT

CCR# 04-120692

Time 10:50am

Date 9-21-04

Place 325 WASHINGTON ST.

I, ELYSE M. OKOLITA, voluntarily, without threats or promises, make the following statements:

**Q: What is your name?**
A: ELYSE M.OKOLITA

**Q: What is your date of birth?**
A: 11-19-85

**Q: What is your present address?**
A: 20 EATON ST. PROV RI 02908

**Q: What is your occupation?**
A: STUDENT

**Q: What is your present phone number?**
A: 508-982-6957

Q. WE THE PROVIDENCE POLICE ARE IN-VESTIGATING A REPORTED ASSAULT IN WHICH DONALD RATCLIFFE WAS THE VICTIM. CAN YOU TELL ME WHAT OCCURRED?
A. LAST THURSDAY 9-16-04 AT ABOUT 11:30PM ME AND DONNY (DONALD RATCLIFFE) WERE ON THE SIDEWALK NEAR THE POLICE SUBSTATION (RICHMOND AND PINE). WE WERE TALKING AND CHRIS HAVLICK WALKED UP TO US AND HE STARTED YELLING. HE WAS SAYING " WHAT THE FUCK WERE YOU SAYING TO ME?" HE SAID IT A FEW TIMES AS HE GOT CLOSER. THEN I GOT BETWEEN DONNY AND CHRIS AND I THOUGHT BECAUSE I KNOW CHRIS I COULD TALK HIM DOWN SO I SAID " CHRIS CALM DOWN HE WAS TALKING TO ME NOT YOU". CHRIS WAS JUST GLARING AT HIM AND SAID " STOP BEING A PUSSY LIKE YOU'VE ALWAYS BEEN AND TELL ME WHAT YOU SAID". DONNY SAID " I'M NOT AFRAID OF YOU". THE CHRIS JUST THREW A PUNCH PAST ME AND KNOCKED DONNY OUT. DONNY WENT STRAIGHT BACK. CHRIS HAD A POCKET KNIFE IN ONE OF HIS HANDS. WHEN DONNY WENT DOWN I PATTED MYSELF DOWN TO CHECK MYSELF. THEN CHRIS RAN AWAY WHEN DONNY FELL.
Q. DO YOU KNOW CHRIS HAVLICK?
A. YES. I MET HIM LAST YEAR. MY SORORITY IS CLOSE TO HIS FRATURITY
Q. HOW OLD IS HE?
A. MAYBE 21 HE LIVES ON ORMS ST.THE ZBT HOUSE.
Q. DID DONNY YELL ANYTHING TO CHRIS?
A. NO HE WAS TALKING TO ME.
Q. WHAT HAPPENED TO DONNY AFTER HE FELL TO THE GROUND?
A. PEOPLE WERE AROUND LIKE JOHN CURLEY AND ANNA PECARERO WHO RAN UP TO STOP THIS. THE POLICE AND RESCUE CAME AND DONNY WENT TO THE HOSPITAL. HE WASEN'T RESPONDING.
Q. WHAT DID YOU DO AFTER THIS?
A. I WENT TO RI HOSPITAL.
Q. IS THERE ANYTHING ELSE YOU CAN ADD?
A. THAT'S' IT.

Signature Elyse Okolita

Statement taken by ____________________

WITNESS STATEMENT

Q. ARE THESE STATEMENTS THE TRUTH AND ACCURATE?
A. YES.

Signature *Elyse Okolita*

Statement taken by ______________________