# EXHIBIT 5

**Johnson & Wales University**
**Department Of Campus Safety & Security**
**Unusual Incident Report**

| | |
|---|---|
| CASE NO. | 041814 |
| PAGE NO. | 2 |

| LOCATION OF OCCURANCE | |
|---|---|
| Off Campus / See Location Detail / In Front Of 25 Richmond St | |

| CODE SELECTION | CRIME DESCRIPTION | CLASS | LOSS | RECOVERY |
|---|---|---|---|---|
| | Knife / Cutting Instrument | ASSAULT | | |

| DATE AND TIME FROM | DATE AND TIME | | | COPIES TO | CASE STATUS |
|---|---|---|---|---|---|
| 09/16/2004 23:50 | 09/17/2004 12:10 | [ ] PROPERTY [ ] TRAFFIC [ ] GANG [X] WEAPON Knife / Cutting Instrument | [ ] ALCOHOL [ ] ARREST [ ] DOM VIOLENCE | | |
| DATE AND TIME TO | ENTERED BY | | | | APPROVED: YES; INVESTIGATION: [ ] YES [X] NO |
| 09/17/2004 00:00 | HULL | | | | |

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| V | | | | | | | | | |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| | | | |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | S | | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| V | | | | | | | | | |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| | | | |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | S | | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| W | | | | | | | | | |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| | | | |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | NS | | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | Ht | Wt | HAIR | EYE | ALIAS |
|---|---|---|---|---|---|---|---|---|---|
| S 0 | UNKNOWN SUSPECT | | | | | | | | |

| HAIR DES. | DESCRIPTION |
|---|---|
| | |
| GLASSES DES. | |

Rp reports that there was an assault that oocured last night at club Ultra between a hocky player and ZBT he is going to have a meeting today at 13:00 and would like someone from the Campus S&S dept to be present to take a report. 314 advised.
314 request T&N Discrepancy Noted
Person Reporting: JOHN PARENTE 826-0555

---

On Friday, September 17, 2004 at 12:10 hrs, I (Officer Rebecca Steele) was dispatched to the Harborside Recreation Center to take a report from a J&W hockey player in regard to an assault which occurred last night.

Upon my arrival, I met with J&W Coach Eric Noack, Coach Jamie Marcoux, and Athletics director John Parente.

stated that were at Club

PLAINTIFF'S EXHIBIT

Johnson & Wales University
Department Of Campus Safety & Security
Unusual Incident Report

| | |
|---|---|
| CASE NO. | 041814 |
| PAGE NO. | 3 |

| LOCATION OF OCCURANCE | | | |
|---|---|---|---|
| Off Campus / See Location Detail / In Front Of 25 Richmond St | | | |
| CODE SELECTION | CRIME DESCRIPTION Knife / Cutting Instrument | CLASS ASSAULT | LOSS / RECOVERY |
| DATE AND TIME FROM 09/16/2004 23:50 | DATE AND TIME 09/17/2004 12:10 | ☐ PROPERTY ☐ ALCOHOL ☐ TRAFFIC ☐ ARREST ☐ GANG ☐ DOM VIOLENCE ☒ WEAPON Knife / Cutting Instrument | COPIES TO |
| DATE AND TIME TO 09/17/2004 00:00 | ENTERED BY HULL | CASE STATUS | APPROVED INVESTIGATION YES ☐ YES ☒ NO |

Ultra on Pine St. at approximately 00:00 hrs, 09/17/04 when decided to leave the club. accompanied out of the club. The three began walking up Pine Street toward the Providence Performing Arts Center when was approached by ZBT fraternity member Christopher Havlak

According to the fraternity members began harassing and himself. stated that the members were angry because the two had chosen not to join the fraternity. stated that had been harassed on several occasions by ZBT members regarding their choice not to join the fraternity, and on one occasion, vehicle. had been vandalized and the tires slashed.

After the players and the ZBT members exchanged words, Havlak swung at missing by inches. He swung again, and struck in the head. fell to the ground, striking his head on the concrete. stated that he was "freaked out" because blood was coming out of left ear. He called PFD Rescue was transported to Rhode Island Hospital. accompanied him to the hospital in the PFD Rescue.

stated that Havlak flashed a knife during the altercation.

According to was diagnosed with a concussion and skull fracture. He is currently at home with his parents, on 24 hour watch. stated that may not be eligible to play when he recovers because the doctors told that if he sustained another blow to the head in the area of the fracture, the resulting injury could be fatal.

stated that he is seeking to get ZBT's charter revoked and the fraternity disbanded.

plan to get restraining orders against the entire fraternity in fear that they will be retaliated against for filing the report with Providence Police and me.

The Providence Police report number for this incident is CCR # 04-120692.

Officers Involved: Officer Rebecca Steele and Officer Bryan Hull.

| REPORTING OFFICER | | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|---|
| STEELE | 0159 | 09/17/2004 12:10 | | |