# EXHIBIT 6

*UIR #041814:*

*Johnson & Wales University*
*Student Conduct Review*

# Notice of Suspension by Immediate Action

*Date:* *September 20, 2004*

*Student Name:* Christopher Havlik

*Student ID #:* J00182599

**THIS NOTICE IS TO INFORM YOU THAT DUE TO YOUR ALLEGED INVOLVEMENT IN THE FOLLOWING INCIDENT:**

Date: September 17, 2004

Location: 25 Richmond Street, Providence, RI

Incident: 1A,1H, 3F – Assault of another student, alleged possession of a knife, Conduct that would violate federal, state or local laws.

**YOU ARE HEREBY SUSPENDED FROM JOHNSON & WALES UNIVERSITY BY IMMEDIATE ACTION. AS A SUSPENDED STUDENT, YOU ARE FORBIDDEN TO ENTER OR REMAIN WITHIN ANY UNIVERSITY BUILDING OR GROUNDS OR ATTEND ANY UNIVERSITY EVENT (except for the specific locations, if any, listed below).** If you are found on University property without official permission, you will be considered a trespasser and may be subject to civil and criminal legal action.

Although an immediate action suspension is temporary pending your student conduct review hearing, it will remain in force unless and until it is modified or overturned at your hearing or on appeal. If you have not received a *Conduct Review Notification* with the time and date of your hearing, please contact the Student Conduct Office at 598-4622 immediately to schedule your hearing.

If you need to retrieve personal belongings from a residence hall, you should contact Safety and Security to make arrangements to be accompanied to your room for this purpose.

Your *Student Handbook* contains a description of the student conduct review process. Please contact the Student Conduct Office at 598-4622 if you have other questions.

**Johnson & Wales University**

PLAINTIFF'S EXHIBIT 6

[signature]
Authorized signature

EXCEPTIONS: ____________________