# EXHIBIT 8

# CRIME ALERT
# ASSAULT

On Friday, September 17, 2004 at 12:00 am, three students were walking on Pine Street (heading towards the Providence Performing Arts Center) after leaving Club Ultra. The three students were approached by two students who are ZBT fraternity members. The ZBT members were angry that the two students had chosen not to join the fraternity. After a verbal altercation, one student was struck and fell to the ground. The student sustained a head injury when he fell to the ground. The victims stated that a knife was shown during the incident.

The assailant was identified as Christopher Havlik.

Providence Police were notified.

**Crime Prevention Tip:**

Stay in well lit, well populated places.
Notify police or security of any suspicious activity immediately.

Distributed on:
September 21, 2004

PLAINTIFF'S EXHIBIT
5