# EXHIBIT 10

RECEIVED
OFFICE OF STUDENT AFFAIRS
SEP 27 2004

Christopher Havlik
167 Orms St.
Providence, R I 02908
Friday, Sept 24, 2004

Dean of Conduct
Johnson and Wales University
Providence, Rhode Island

DEFENDANT'S EXHIBIT
4

Dear Dean Martel:

I am writing this letter to appeal the hearing decision of dismissal from the university that was made on Thursday, Sept 23rd. I believe that this decision was "inconsistent with the violation of the circumstance" as per the university handbook and my rights as a student and citizen have been seriously violated.

I have been a proud student of Johnson and Wales for the past two years. I have always demonstrated myself to be responsible, dependable and a good student. I have never had any problem or prior history with any indiscretions whatsoever. (This whole experience is completely new to me.) I have developed good relationships with my professors and have made many friends here.

I have witnesses from that night who observed that I was defending myself. I was not drinking alcohol, as was the other student. That student was verbally aggressive towards me, very drunk, accusing me of things, posturing towards me. Donald Ratcliffe is a six and a half foot hockey player. When he came to swing at me, I swung back, once. I was not drinking at all that evening. I do know that people who are drunk can often be very abusive and hit hard. I was only defending myself from being hit by this person. (I have been informed by multiple individuals that this person continues to party and was very drunk at the hockey social last Thursday night again)

Being dismissed from school for this one incident for which there are witnesses supporting my account is far too inconsistent with the charge especially since I have no prior history of any offenses whatsoever. I know of other situations of students that got caught with drugs and fighting in the dorms, who have not been dismissed from the university for their actions. This also occurred off-campus. Another reason why this is wrong is because there were false allegations concerning a weapon. There was no weapon present and the hearing committee has finally recognized that.

The other reason I am appealing this is because that I have been seriously violated by the slandering remarks in the Crime Alert that was circulated on and off campus by the J & W security department headed under Captain John Sextant on Wednesday, September 22nd. This notice had false information regarding a weapon, named me as an

assailant and presented this as a fact of information and not an allegation. When we confronted Captain Watson, with this he said he heard the whole story, ***but he never heard*** **my** ***side of the story.*** This notice alone has caused me so much embarrassment.

I have not been convicted of any crime, I have never been charged before this with anything. I am innocent until proven guilty. My past record of 20 years and my witnesses will support my being cleared of these charges. I was not drinking alcohol that night, however, the other student ***was*** (as the hospital records will attest) and he was engaged in disorderly conduct, which is a violation of the school code as well. **(How were his actions addressed in this case?)**

Based on this information, I am requesting that the decision of the hearing be overturned. I am not, and never have been, a danger to other people. I have always been a responsible student. (My professors will support that). There are no prior incidents to substantiate me being a threat to anyone. I have been falsely accused for only defending myself. Isn't the role of the university to protect the interest of **all** of its students? I am being victimized in this case.

Quite frankly, I'm not even sure that I would feel comfortable to return to class after all the accusatory and defamatory hype that has been circulated about me. I'm not sure if everyone can get past it. However, I would like the option to consider this or to withdraw myself from the university and to move on.

I am truly saddened for any embarrassment that this incident has caused my family or the university, even though I was only defending myself. Please consider any other alternative in this matter

Thank you for considering this request.

Sincerely,

Christopher Havlik

Christopher Havlik