# EXHIBIT 11

*UIR #:* 041514

*Johnson & Wales University*
*Student Conduct Review*

# Appeal Review Notice

***Student Name*** CHRISTOPHER HAVLIK

***Student ID#*** J00182599

Dear Mr. HAVLIK:

I have received and reviewed your appeal request, and my decision is as follows:

☑ The decision of the Conduct Review Hearing is affirmed, and you must comply with the sanction(s) imposed immediately.

☐ I need further information from you. Please call my office at ______________, before _______________, 200__ to schedule a conference.

☐ Upon review of your appeal request, I have decided to modify the decision and/or sanction(s) as follows: ______________________________________

__________________________________________________________

__________________________________________________________

__________________________________________________________

[signature]
Appeal Officer

1/27/04
Date

Rev. 7/02

PLAINTIFF'S EXHIBIT 10