# EXHIBIT 12

Johnson & Wales University
Campus Safety & Security

General Order – 033

| | |
|---|---|
| Chapter: | 13 |
| Section: | 1 |
| Title: | Crime Prevention Programs |
| Subject: | Crime Prevention and Community Relations |
| Reference: | IACLEA: 13.1.1<br>CALEA: 45.1.1 |
| Date of Issue: | September 30, 2003 |
| Date Revised: | June 16, 2004 |

I. PURPOSE:

A. To educate and inform the University Community in Crime Prevention awareness and methods through specialized instructional programs.

II. POLICY:

A. The department of Safety & Security will establish the position of Crime Prevention Officer, (CPO), who will present various programs associated with Campus Crime Prevention.
B. The CPO will have a budget to work from and order necessary equipment, books, etc., in order to make presentations.
C. The CPO will receive formal training to become a certified instructor.
D. The CPO will attend seminars to keep up to date in his/her training certifications.
E. The CPO will be responsible to ensure proper advertising is in place in order to notify as many members of the University community as possible.
F. After each presentation the CPO will file a report of attendance at the program to the Staff Services Lieutenant, and maintain records of such.

III. PROCEDURE:

A. The CPO will be selected by the Director of Campus Safety & Security.
B. The CPO will be responsible for alerting the University Community of crimes that have occurred in the local area, both on and off campus, by posting crime alerts in buildings throughout the University and notices in the Campus Herald Newspaper.
C. Responsible for tracking crimes and identifying which types of crimes present the greatest problems.
D. Identifying areas where the problems are most severe and where crime prevention strategies would be most effective.
E. Develop, implement and coordinate crime prevention programs to address the University communities' perceptions or misperception of crime.

IV. PROGRAM EVALUATION:

PLAINTIFF'S EXHIBIT
1

A. Crime prevention programs will be evaluated annually to determine their effectiveness.
B. After each evaluation, a recommendation and decision will be made as to whether the program should continue functioning as is, be modified, or discontinued.
C. The evaluation, results, and recommendations shall be documented.

By Order of the Director,

Major Michael P. Quinn
Director