# EXHIBIT 13

A local address is classified as your residence during enrollment. Correspondence from the University will be sent to your mailing address. The third address on file is considered to be your parents' or guardians' address.

Students who are employed by the University must also notify the Student Payroll Office of any address change.

International students must also notify the International Admissions Office of any address change. Post Office Box addresses will not be accepted for international students.

International students, also note: the Immigration and Naturalization Service (INS) requires that all aliens residing in the United States report all changes of address to the INS as soon as they have moved.

# Student Code of Conduct and Conduct Review Process

## Student Rights

- Students have both the right of access to and the right to privacy of their educational records under certain conditions. Information regarding University policies on access to and release of student records is found on page 7.
- Students have the right to an academic and residential environment free from discrimination, harassment and assault.
- Students have the right to freedom from discrimination based upon race, religion, color, national origin, age, sex, sexual orientation or disability.
- Students have the right to participate in the University's Student Conduct Review Process without having past student conduct review decisions discussed or used when a decision is being made concerning the current alleged violation; however, the past may be considered when determining a sanction for an individual found to be responsible for a violation of the Student Code of Conduct.
- Student groups have the general right to recommend campus speakers within limitations applied by the University.
- Students have the right to participate as members on several University committees. The Student Government Association maintains rosters of committee members, including student participants.

### *Who Can Help?*

Any student who believes that their rights have been violated by any member of the University community should report the matter to the Student Conduct Review Coordinator (598-4622) or another Student Affairs administrator, including

- Terry Addison, Dean of Students, 598-1436;
- Any resident director; or
- Any academic dean (for issues related to academics).

## Student Code of Conduct

(The following actions and behaviors are prohibited.)

### *1. Mistreatment of Persons*

a. Use of, or threatened use of, physical force or violence, or endangering the health or safety of oneself or another person.

b. Rape or sexual assault as outlined in the University's sexual assault policy, pages 12–16.
c. Harassment, including physical, verbal, non-verbal, written, electronic or technological harassment, of another person, and including harassment or the creation of a hostile environment based on race, religion, color, national origin, age, sex, sexual orientation or disability.
d. Sexual harassment as outlined in the University's sexual harassment policy, pages 16–17.
e. Aiding, abetting, encouraging, or participating in a riot, commotion, disturbance or other disorderly conduct.
f. Hazing, or any action or situation which endangers an individual's mental or physical health and/or involves the forced consumption of alcohol or drugs.
g. Intentional possession on University property of a dangerous article or substance which may be used to injure or cause discomfort to any person.
h. Possession of firearms or other weapons on University property.
i. Possession or use of fireworks, incendiary devices, or explosives.
j. Actions that violate the legal rights of others.

## 2. *Abuse of Property*

a. Misuse of or tampering with fire safety equipment (e.g. fire extinguishers, smoke detectors, exit signs and pull stations), or initiation or circulation of a report or warning of an impending bombing; false alarm; fire; or other crime, emergency, or catastrophe, knowing that the report is false.
b. Intentional or reckless damage to or destruction of University property or the property of others.
c. Actions which obstruct, disrupt, or physically interfere with the use of University premises, buildings, rooms or passages, or refusal to vacate a building, street, sidewalk, driveway or other facility of the University when directed to do so by an authorized representative of the University.
d. Unauthorized taking or possession of University property or services, or the property or services belonging to others.
e. Unauthorized use of University property or the University name, logo or seal.
f. Disposal of trash, garbage or refuse anywhere on the campus except in designated trash receptacles.
g. Unauthorized entry (including forceable entry), use, presence in, or occupancy of any University premises or facilities.

## 3. *Other Prohibited Activities*

a. Possession or use of illegal drugs, narcotics or drug paraphernalia is absolutely forbidden. Johnson & Wales is not, and cannot be considered, a protector or sanctuary from the existing laws of the city, state and federal governments.
b. Possession or use of alcohol anywhere on University property except for legal use at events sanctioned by University officials.
c. Failure to comply with the directions of a University representative acting in the performance of his or her duties (including failure to participate in the University's Conduct Review process when requested); interference with University personnel carrying out their duties or other University business, or interference with any member of the University community in the pursuit of the University's mission or purposes.
d. Misuse of or failure to present a student identification card upon request from a University representative.

e. Academic dishonesty, such as cheating or plagiarism; knowingly furnishing false information; forgery, alteration, or unauthorized use of student or University documents, records, identification, library materials or property; misrepresentation, fraud, or deceit; or other acts of dishonesty.
f. Conduct that would violate federal, state or local laws.
g. Purchasing for or otherwise providing to minors any alcoholic beverage.
h. Failure to evacuate any building in which a fire or other emergency alarm has been sounded or when directed to evacuate by a University representative.
i. Violation of parking and traffic rules of Campus Safety & Security.
j. Violation of student organization rules of the Office of Student Activities.
k. Violation of the regulations of the Office of Residential Life for those living in or visiting University residence halls including, without limitation, rules relating to noise both within and outside the residence halls.
l. Violation of regulations of the Health Services Office (pages 32–33).
m. Violation of regulations of the University Safety Coordinator.
n. Failure to comply with any or all sanctions imposed under the University's Student Conduct Review Process.
o. Violation of rules of the Office of Student Affairs and the Office of Student Activities for Greek-letter organizations, fraternal organizations and social fellowships. (FIPG)
p. Unauthorized removal of food or other items from the dining halls, throwing food or other objects in the dining halls, or violating any regulations relating to the operation of University dining centers.
q. Possession and/or use of falsified forms of identification.
r. Use of University technology, networks, computer equipment and/or systems in a manner which is inconsistent with the mission and policies of the University.
s. Actions that violate the rules and regulations of the University or that have the potential to interfere with student learning or with the mission of the University.
t. Actions committed on or outside of University property (including violations of the Good Neighbor Policy, see pages 7–9) which adversely affect the security of the University community, the integrity of the educational process, or the name of the University, or which adversely affect local residents or property.

## Conduct Review Process

The Johnson & Wales University review process for student conduct is designed to determine whether a student is *responsible* or *not responsible* for a violation of the Student Code of Conduct. In addition to meeting the immediate safety and security concerns of the University community, its purposes are to educate and to maintain an environment conducive to learning. It is not intended to be an extension of or replacement for the local, state or federal legal system.

The University review process for student conduct supports the mission of the University and provides a framework within which the Student Code of Conduct is applied and enforced. Although its purpose is primarily educational and not punitive, the University student conduct review process includes punitive sanctions to improve students' awareness of the consequences of their actions.

All students have the obligation to participate in the conduct review process, as witnesses or otherwise, when asked by Student Affairs staff.

## *Violations*

You should consult the Student Code of Conduct for a comprehensive review of University expectations and a description of matters that constitute violations. Violations of the Student Code of Conduct are reviewed by Student Affairs administrators (including the Dean or Assistant Dean of Student Affairs, Student Conduct Review Coordinator, resident directors, Director of Student Activities, Director of Residential Life, and their designees) to determine the seriousness of the violation, and are classified as minor violations, more serious violations (including repeat violations), or most serious violations (including alleged violators on probation or subject to deferred sanctions). The level of a violation will govern whether the conduct review hearing will be handled by Residential Life staff or by the Office of Student Conduct Review, and may also affect the nature of any sanctions that are imposed. The level of seriousness of an alleged violation may be elevated for the purpose of review if the student was under a probationary or deferred sanction at the time of the alleged incident. In addition, repeat violations may elevate the level of a violation.

## *Immediate Action*

The University reserves the right to take immediate action outside the following outlined procedures, if and when it is believed that such action is necessary to preserve the safety and security of a student or students or of the University community. Immediate action may include suspension from the University and/or suspension from University housing. The immediate action notice will define the terms of the restrictions that will apply until a conduct review hearing can be held.

## *How the Conduct Review Process Works*

### Hearing

Residential Life or Student Conduct Review staff (or their designees) will issue a "Conduct Review Notification" which will contain a hearing notification. This notification may be issued by hand delivery, University mail and/or United States Postal Service certified mail. The hearing notification will set forth the date, time, place and a brief description of the conduct in question. This notification will also set forth the date, time and place of your conduct review hearing or pre-hearing conference.

Failure to respond to a conduct review notification or to attend a scheduled conduct review hearing may result in a decision being made in your absence.

You may bring any relevant materials and witnesses with personal knowledge of the incident to the hearing. If your hearing is scheduled before a University Hearing Board, you will have the option of requesting a student or staff advisor who can help you through the process and accompany you to your hearing. If you request an advisor, one will be assigned to you from a group of trained volunteers. Except for witnesses and advisors, other people may not attend the hearing with you. Before the hearing gets underway, you may in some cases be asked whether you wish to waive the hearing by acknowledging your responsibility in the incident and signing a waiver that will set forth the sanctions, if any, imposed.

If the conduct review hearing is not waived in this manner, the hearing will proceed and the hearing board (or Residential Life staff member) will

a. Outline the process for you.
b. Review the incident report and/or allegations.
c. Hear any statements you may wish to make relating to the incident.
d. Hear or review the statements of witnesses you may have brought who have relevant and personal knowledge of the incident (but other witnesses, such as character witnesses, will not be allowed to attend or be heard).

e. Hear or review the statements of other relevant witnesses (and where confidentiality is a consideration, the identity of such witnesses will not be disclosed to you).
f. Either defer the decision or render a decision that you are responsible, or not responsible.

If you are found responsible, the hearing coordinator (or Residential Life staff member) will then

a. Determine and define the appropriate sanctions (taking into consideration your prior disciplinary record) and
b. Outline the decision and appeal process in writing.

## Sanctions

If you are found responsible for a violation of the Student Code of Conduct, you will be subject to disciplinary sanctions. These sanctions include, but are not limited to

- Official reprimand
- Fine or restitution for loss
- Revocation of certain privileges
- Educational assignment (e.g., campus service)
- Disciplinary probation
- Suspension or dismissal from University housing
- Required residence in University housing
- Deferred suspension from the University/housing*
- Suspension or dismissal from the University

*A deferred suspension can result in an actual suspension if a student fails to comply with other sanctions associated with the deferred suspension.

If you are found responsible for a violation and the sanction given is suspension or dismissal from the University or from University housing, you will still be responsible for certain tuition and housing charges, subject to any applicable refund policy. In addition you will forfeit your right to live on campus. If you are found responsible for a violation of the Student Code of Conduct (including, without limitation, a drug or alcohol violation), the University may notify your parents of your violation.

## Appeal

The decision of a student conduct review hearing is final unless you can demonstrate one of the following:

a. Relevant, new information has come to light since the decision was made,
b. Your basic rights as a student were denied or the hearing was unjust, or
c. The sanction was inconsistent with the violation or circumstances of the incident.

If you feel that one of the above applies to you, then you may submit an appeal for further review of the decision.

To request an appeal, you must submit a request in writing, by hand delivery or certified mail, to the appeal officer designated in the Conduct Review Notification and Record. **The request must be submitted within two business days from the date of the decision and must state clearly the basis for your appeal. Your appeal will be reviewed upon receipt**, and a decision concerning your appeal will be available within a reasonable time. **The decision of the appeal officer will be final.**

## Questions?

If you have any questions about the University Conduct Review Process, please contact the following sources for further information.

- Terry H. Addison, Dean of Students, Citizens Bank Center for Student Involvement, 598-2848.
- Jina B. Minaya, Assistant Dean of Student Affairs, Paramount Building, 598-2836.
- Michael Grady, Assistant Director of Office of Student Conduct, 598-1436.
- Fred Saunders, Hearing Officer, 598-1436.
- Jeffrey Adel, Hearing Officer, 598-1006.