UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

vs. : C.A. NO. 05-510ML

JOHNSON & WALES UNIVERSITY

**DEPOSITION OF COREY PLACE**

Produced, sworn and examined on June 13, 2006, at 2:40 p.m., at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island, before:

LORI P. HAMEL, RPR, CRR
CAPITOL COURT REPORTING, INC.
A Notary Public in and for the State of Rhode Island
Taken on behalf of the Plaintiff

**APPEARANCES**

For the Plaintiff:

ASQUITH & MAHONEY, LLP
155 South Main Street
Providence, Rhode Island 02903
BY: JOHN R. MAHONEY, ESQ.

For the Defendant:

ADLER, POLLOCK & SHEEHAN, INC.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
BY: KATY A. HYNES, ESQ.

ALSO PRESENT:
Christopher Havlik

Q. I believe that's his name.
A. All right, yeah. Started yelling things at Chris.
Q. Where were you --
A. He was in line and we were walking by.
Q. All right, but just do this for me, and I know you're not used to depositions, but let me finish the question.
A. All right.
Q. And then I'll let you finish the answer, because the stenographer has to take --
A. Sure, sorry about that.
Q. All right. Now, when you testified a minute ago that you heard Donald Ratcliffe yelling, where were you located?
A. I was behind Chris at the time.
Q. On what street?
A. Pine? Is it Pine? I'm sorry, Pine Street.
Q. So now you're on Pine Street and you hear Ratcliffe yelling. Where was Ratcliffe located in relation to you?
A. He was standing in line in front of Chris, which Chris was in front of me so I was a couple of people back.
Q. All right. What, if anything, do you recall that Donald Ratcliffe was yelling?
A. How -- he was saying how Chris -- he accused Chris of

smashing up his car and just that jargon, you know.
Q. Okay. Was -- you used the word yelling. Was he, Ratcliffe, in fact yelling?
A. He was.
Q. Okay. Had Chris had anything to drink of an alcoholic nature by this time?
A. No.
Q. So, Ratcliffe mentioned something or yelled something about his car?
A. Yeah.
Q. What did he say, if you recall?
A. How it was vandalized and he was just accusing Chris of it.
Q. Did you have any knowledge from any source at the time that Ratcliffe's car had been vandalized?
A. No.
Q. So, it was clear to you from listening to Ratcliffe that he was directing his comments at Chris Havlik?
A. Mm-hmm.
Q. That's a yes?
A. Oh, yes, yes, sorry.
Q. What happened next?
A. It just escalated a little more. We walked away and -- we walked away.

A. Yup.
Q. Who was walking to the pizza place?
A. Me, Chris and Joel.
Q. What happened?
A. We walked up Richmond and met, um, Don and another kid came out of the parking lot. Like we just met back up again, like going in the same flow. And then the yelling started again.
Q. And when you say the yelling started again, who was yelling?
A. Don.
Q. Was Chris yelling?
A. No.
Q. What was Don yelling?
A. The fact -- vandalizing, you know. About the car again.
Q. How close to Chris was Don when he was now yelling at him coming out of the parking lot?
A. Two feet maybe.
Q. Was Elyse there?
A. Yes.
Q. Where was Elyse in relation to Don and -- between Don and -- where was Elyse in relation to Don and Chris?
A. She was in between them both.
Q. How tall would you estimate Chris is?

A. Um...
Q. Chris now. I'm talking about Chris Havlik.
A. Five-nine, five-eight.
Q. How tall would you estimate Don is?
A. Six-two, six-three.
Q. So now Elyse is between the two?
A. Yeah.
Q. And Don was -- indicated something about his car again?
A. Mm-hmm.
Q. You have to say yes or no.
A. Oh, sorry, sorry.
Q. That's all right, say yes or no.
A. Yes.
Q. And was Don yelling?
A. Yes.
Q. Did you observe the complexion of his face when he was yelling?
A. Yeah.
Q. What did you observe?
A. He was really angry.
Q. Did you have any way from observing him as to discern whether he was intoxicated or sober?
A. Um, you could tell he was intoxicated just the way he was, like, slurring his words and yelling, he stunk like