STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

STATE OF RHODE ISLAND :
:
-vs- : P3/05-0375A
:
CHRISTOPHER HAVLIK :

HEARD BEFORE MR. JUSTICE DARIGAN

MAY 5, 2005

APPEARANCES:

MOLLY KAPSTEIN BRONITSKY, ESQUIRE
DEPARTMENT OF THE ATTORNEY GENERAL
FOR THE STATE

JOHN S. COUGHLIN, ESQUIRE
FOR THE DEFENDANT

DAWN C. BRANCH
COURT REPORTER

else?
A I'm from Pennsylvania. Philadelphia.
Q Now, I would like to turn your attention back to September of 2004.
A Okay.
Q Where were you living that month?
A I was living on Atwells Avenue in Providence.
Q And were you living with anyone?
A I was living with two roommates at the time.
Q And who were they?
A The one roommate is John Curley, and the other roommate was another guy on the hockey team, Ryan.
Q You are on the hockey team?
A Yes, I am.
Q And do you still live with those two people, or do you live with somebody else?
A We moved to Riverside, and I still live with John.
Q Were you working during the month of September?
A Yes. I was employed by Fire + Ice. It's in the Providence Place Mall.
Q And what did you do there?
A I was a server.
Q And what does that mean?
A I just basically waited tables, you know, just show everyone around.

Q Okay. Now, turning your attention specifically to September 16th.
A Okay.
Q Do you remember that day?
A Yes, I do, very well.
Q Do you remember what you did during the day?
A During the day, I went to class. I had class from, I think it was around ten thirty to two forty-five.
Q Now, that morning, that Thursday morning, when you woke up, does anything stand out in your mind from that time?
A Yes. Actually, we got up to run with the hockey team. When I got back, there was a lot of damage done to my car, so I was a little upset from the get-go.
Q Where was your car parked?
A Right in front of the apartment.
Q What type of damage had happened?
A Every tire was slashed. The whole side of the car was ruined. About three thousand dollars' worth of damage.
Q And did you know who did that to your car?
A No, I did not know who did it.
Q Is there -- did you have any suspicions about anyone who had done it?
A I don't have many enemies, so I did have -- no, not

MR. COUGHLIN: I'm sorry, Your Honor. I didn't hear that last part.

THE COURT: Read it back, please.

(Previous answer read back)

Q So what time did you end up leaving your apartment?

A Probably around eleven fifteen, eleven thirty, when Elyse got to our house.

Q So in about a forty-five minute period, you had about six beers?

A I would say about an hour. Probably around eleven thirty, yes.

Q How tall are you?

A About six-four.

Q And back in September, do you remember how much you weighed?

A I would probably say 205, 210, maybe.

Q Okay. Did you drink on other occasions?

A We drank before. Usually when we -- I mean, I didn't really have that much usually. We usually stay in and not go out. I usually don't go out. I'm not in that scene.

Q That night, when you had six beers --

A Yes.

Q -- was that a normal amount of drinks for you?

A Yeah. I mean, I was coherent. I knew what was going on.

Q And John Curley is your roommate?
A Yes.
Q And he was present that night when this incident takes place?
A Yes.
Q And you said that you had about six beers?
A Correct.
Q And you're aware that the Rhode Island Hospital blood alcohol on you is .242?
A Correct.
Q You're aware of that?
A I am aware.
Q Three times the legal limit if you were driving?
MS. KAPSTEIN BRONITSKY: Objection.
THE COURT: Overruled. Go ahead.
A Correct.
Q And you're telling us six beers got you to .242?
A It was only about an hour.
Q How big were the beers?
A Just regular size -- sized, a soda can.
Q How many ounces each?
A Twelve, eight, I'm not sure.
Q Okay. So somewhere between forty-eight ounces of beer and seventy-two ounces of beer you had?
A Correct.