UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

**AFFIDAVIT OF JOHN S. COUGHLIN, ESQ.**

I, JOHN S. COUGHLIN, ESQ., do hereby swear as follows:

1. I am a licensed attorney in the State of Rhode Island.
2. I represented Mr. Christopher Havlik who is a plaintiff in this Federal District Court Civil Action.
3. I represented Mr. Havlik in defense of a criminal assault charge referred to as State of Rhode Island v. Christopher Havlik, Providence, Sc. P3/05-0375A.
4. The case was tried before a jury with Judge Darrigan presiding. The case was tried in May, 2005. A jury returned a verdict on behalf of Mr. Havlik.
5. During the course of the trial, the prosecutor, Attorney Bronitsky, and I, on behalf of Christopher Havlik, stipulated that Donald Ratcliffe's medical records from Rhode Island Hospital on the day of this incident would be admitted into evidence. Attached is the chemistry findings regarding Mr. Ratcliffe which reveal that his blood alcohol was .242.

JOHN S. COUGHLIN, ESQ.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th DAY OF DECEMBER, 2006.

NOTARY PUBLIC
MY COMMISSION EXPIRES: 6/23/10

**Rhode Island Hospital**
*A Lifespan Partner*
Department of Pathology
593 Eddy Street
Providence, Rhode Island 02903
Telephone: 401 444-6107

Patient: RATCLIFFE, DONALD MR#: (0000)017137050
DOB: 04/17/1985 SEX: M ACC#: 000110675261
Admit M.D.: PHYSICIAN, ED Adm: 09/17/04
Location: TR4

## CHEMISTRY ROUTINE

| | | |
|---|---|---|
| Procedure: | BUN | CREAT |
| Units: | MG/DL | MG/DL |
| Reference: | [6-24] | [0.4-1.3] |
| 09/17/04 0005 | 10 | 1.5 H |

## BLOOD ALCOHOL AND VOLATILES

Specimen Date: 09/17/04
Specimen Time: 0005
Day of Stay:
Procedure
ETHYL ALCOHOL 242 * MG/DL

Legend
H = High

MR#: (0000)017137050

ED PHYSICIAN
UNKNOWN STREET

Patient: RATCLIFFE, DONALD
Page: 1 CONTINUED

Catalog # 5