STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

PROVIDENCE, Sc. SUPERIOR COURT

STATE OF RHODE ISLAND )
)
)
VS. ) CASE NO: P3/05-0375A
)
)
)
CHRISTOPHER HAVLIK )

**HEARD BEFORE THE HONORABLE FRANCIS J. DARIGAN**

**AND A JURY**

**MAY 6, 2005**

APPEARANCES:

MOLLY KAPSTEIN-BRONITSKY...SPECIAL ASSISTANT ATTORNEY GENERAL FOR THE STATE OF RHODE ISLAND

JOHN COUGHLIN, ESQUIRE...............FOR THE DEFENDANT

PAMELA A. NEWBERG
COURT REPORTER

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFF'S | | | | |
| Elyse Okolita | | | 1 | 7 |
| John Curley | 8 | 24 | 34 | 38 |
| Eugene Chin | 39 | 45 | 48 | |
| Daniel Fanning | 49 | | | |
| DEFENDANT'S | | | | |
| Joel Phillips | 54 | 72 | 85 | 85 |
| Cory Place | 87 | 92 | | |

## E X H I B I T S

| PLAINTIFF'S | IDENTIFICATION | FULL |
|---|---|---|
| DEFENDANT'S | | |
| A Hospital Report | | 54 |

A Yes.
Q And did you get into Club Hell at that point?
A At that point, no.
Q What happened as you tried to get in or tell us what happened once you got onto Richmond Street approaching Club Hell?
A Okay. Approaching Club Hell, we saw the line was very long. We had stayed in line for a very short amount of time. That is when the line was disbursed because the bouncers had said the club was full. We turned around and walked up the street.
Q Now, there is an expression in college called pregame?
A Yes.
Q Tell us what does pregame mean in the college vernacular?
A Pregame means you meet somewhere before you go out. If you're planning on going out, you have your drinks before you go out to the club so you don't end up spending a fortune but you go out.
Q Did you pregame that night?
A Me personally, no.
Q How long were you in the presence of Chris before you went out that night?
A Half hour, 45 minutes.
Q During that half hour to 45 minutes, did Chris pregame?
A No, Chris doesn't drink.