UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK :
:
vs. : C.A. NO. 05-510ML
:
JOHNSON & WALES UNIVERSITY :

**DEPOSITION OF CHRISTOPHER HAVLIK**

Produced, sworn and examined on June 13, 2006, at 1:00 p.m., at the Law Offices of Adler, Pollock & Sheehan, Inc., One Citizens Plaza, 8th Floor, Providence, Rhode Island, before:

LORI P. HAMEL, RPR, CRR
CAPITOL COURT REPORTING, INC.
A Notary Public in and for the State of Rhode Island
Taken on behalf of the Defendant

**APPEARANCES**

For the Plaintiff:

ASQUITH & MAHONEY, LLP
155 South Main Street
Providence, Rhode Island 02903
BY: JOHN R. MAHONEY, ESQ.

For the Defendant:

ADLER, POLLOCK & SHEEHAN, INC.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
BY: PAUL V. CURCIO, ESQ.
KATY A. HYNES, ESQ.

A. The day? That was the Thursday -- that was September 16, Thursday day.
Q. Yup.
A. I had went to school, it was a normal day. I just hung out with friends at my house.
Q. Right. When you say at your house, what do you mean?
A. Well, we all -- we had a house on Orms Street. There was eight of us living there.
Q. Were they all members of a fraternity?
A. Yes.
Q. And what fraternity was that?
A. ZBT.
Q. Now, there's no classes at Johnson & Wales on Fridays, right?
A. No. Correct.
Q. So you hung out -- you went to classes on the 16th, you hung out at the Orms Street house. Did you go out in the evening at all?
A. We didn't go out until probably 11:00 that night.
Q. And when you say "we" didn't go out until 11:00, who are you referring to?
A. I was with Corey Place and Joel Phillips, we were just meeting everybody out.
Q. You were with Corey Place. Is Corey a --