UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ORIGINAL

CHRISTOPHER HAVLIK

VS C.A. NO. 05-510-ML

JOHNSON & WALES UNIVERSITY

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION of IRVING SCHNEIDER, Ph.D, President Johnson & Wales University, Providence Campus, taken in the above-entitled cause on behalf of the Plaintiff, Christopher Havlik, pursuant to notice, before Patricia M Aloisio, Notary Public in and for the State of Rhode Island, at the office of Asquith & Mahoney, 155 South Main Street, Providence, Rhode Island on June 22, 2006 at 1 P.M.

APPEARANCES:

FOR THE PLAINTIFF:
ASQUITH & MAHONEY
BY: JOHN R. MAHONEY, ESQ.

FOR THE DEFENDANT:
ADLER, POLLOCK & SHEEHAN, PC
BY: PAUL V. CURCIO, ESQ.

A Johansson's Bakery which is a practicum facility; Gladdings which is a retail internship practicum facility; and the Alan Shawn Feinstein Community Service Center.
Q So these would be locations where undergraduate students who were involved in particular areas of commercial retail sale would get some practical experience?
A On the second floor. The first floor would be culinary. The third floor would be any student who was doing community service work.
Q But the public was welcome to frequent any one of those locations; was it not?
A Two of the three.
Q Which ones?
A Johansson's is a commercial facility for the public; Gladdings is a commercial facility for the public.
Q And in the fall 2004, specifically September, what percentage of the available space in the Arcade was occupied by Johnson & Wales University?
A I don't know.
Q More or less than half?
A I don't know.
Q But regardless of what the percentage is, there was

some space that was leased out to commercial businesses?
A Correct.
Q From what you can tell, three from this exhibit which is Plaintiff's 7, three copies of the criminal alert were published somewhere in the Arcade on the first, second, and third floor. Fair to say?
A Yes.
Q And then what is PAR building?
A I don't why it's called, it's at Abbott Park, it's on Weybosset Street.
Q Student Academic Services, where is that?
A Student Academic Services is probably they're referring to the corner of Pine and Chestnut. That's where our registrar's offices are.
Q What is the JA Richmond building?
A Junior Achievement Richmond building is on Weybosset Street.
Q In Providence?
A Yes.
Q And then University Hall is where?
A In Providence.
Q And indication is that two of the Crime Alert bulletins were published in University Hall; correct?