# EXHIBIT 2

JOHNSON & WALES
UNIVERSITY

*America's Career University*

PLAINTIFF'S EXHIBIT 15

## *Crime Alert*

## *Aggravated Assault*

On Saturday, September 13, 2003 at approximately 4:30 am, a male resident student was assaulted off campus at 95 Pembroke Avenue, Providence.

The victim stated that while he was attending a party at 95 Pembroke Avenue, several individuals (including active and inactive Johnson & Wales students) who portray themselves as members of the ATO (Alpha Tau Omega) fraternity, arrived at the party and instigated a fight. ATO is not a recognized fraternity at Johnson & Wales University, nor is this group recognized as a local chapter by the ATO National Office.

As the victim was getting into a car to get away from the fight, he was allegedly dragged from the back seat by some members of the "ATO" group who hit him in the face with a bottle, stabbed him with a screwdriver, knocked him to the ground, and kicked him repeatedly before leaving the scene. One of the assailants allegedly stated that the assault was in retaliation for the victim's dropping out of the "ATO" group. The victim was treated at Rhode Island Hospital and later released.

Providence Police and Campus Safety and Security are investigating this incident. To date, one individual, ***Stephen Alegria***, has been arrested and charged with assault with a deadly weapon in connection with the incident. The investigation is continuing and other violators will be prosecuted and/or sanctioned through the University's Student Conduct Review process.

### *Crime Prevention Tip*

ATO (Alpha Tau Omega) is not a recognized fraternity at Johnson & Wales University and has been permanently suspended from the University since 1999. Students are advised not to associate with this group. Anyone coming in contact with or being threatened or intimidated by any members of this group should report the activity to the Office of Student Activities or to Campus Safety and Security.

**Distributed: Thursday, September 18, 2003**