# EXHIBIT 3

**Johnson & Wales University**
**Department Of Campus Safety & Security**
**Unusual Incident Report**

| CASE NO. | PAGE NO. |
|---|---|
| 041814 | 2 |

LOCATION OF OCCURANCE: Off Campus / See Location Detail / In Front Of 25 Richmond St

| CODE SELECTION | CRIME DESCRIPTION | CLASS | LOSS | RECOVERY |
|---|---|---|---|---|
| | Knife / Cutting Instrument | ASSAULT | | |

| DATE AND TIME FROM | DATE AND TIME ENTERED | | COPIES TO | CASE STATUS |
|---|---|---|---|---|
| 09/16/2004 23:50 | 09/17/2004 12:10 | [ ] PROPERTY [ ] ALCOHOL [ ] TRAFFIC [ ] ARREST [ ] GANG [ ] DOM VIOLENCE [X] WEAPON Knife / Cutting Instrument | | |
| DATE AND TIME TO: 09/17/2004 00:00 | ENTERED BY: HULL | | | APPROVED INVESTIGATION: YES [ ] YES [X] NO |

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| V | CURLEY, JOHN | White | M | 19 | 01/15/1985 | | | Unknown | Unknown |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| J00-15-4201 | | | ~~215-239-5139~~ 215239-5139 |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | S | 3405 Pin Oak Ln., Chalfont, PA. 18914 | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| V | RATCLIFFE, DONALD P | | M | 19 | 04/17/1985 | | | | |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| J00-19-3960 | | | 1-215-520-6390 |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | S | 1605 Durham Road, Langhorne, PA. 19047 | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | DOB | Ht | Wt | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|
| W | OKOLITA, ELYSE | White | | 18 | 11/19/1985 | | | Unknown | Unknown |

| SSN | DRIVER'S LIC. NO. | RESIDENCE ADDRESSS | RESIDENCE PHONE |
|---|---|---|---|
| | | 20 North Street Middleborough, MA. | 508-982-6957 |

| ALIAS | TYPE | BUSINESS ADDRESS (SCHOOL IF MINOR) | BUSINESS PHONE |
|---|---|---|---|
| | NS | | |

VEHICLE DESCRIPTION

| INV | NAME | RACE | SEX | AGE | Ht | Wt | HAIR | EYE | ALIAS |
|---|---|---|---|---|---|---|---|---|---|
| S 0 | UNKNOWN SUSPECT | | M | 18-25 | | | | | |

| HAIR DES. | DESCRIPTION |
|---|---|
| | suspect was identified as an unknown ZBT fraternity member. |
| GLASSES DES. | |

Rp reports that there was an assault that oocured last night at club Ultra between a hocky player and ZBT he is going to have a meeting today at 13:00 and would like someone from the Campus S&S dept to be presednt to take a report. 314 advised.
314 request T&N Discrepancy Noted
Person Reporting: JOHN PARENTE 826-0555

---

On Friday, September 17, 2004 at 12:10 hrs, I (Officer Rebecca Steele) was dispatched to the Harborside Recreation Center to take a report from a J&W hockey player in regard to an assault which occurred last night.

Upon my arrival, I met with J&W hockey players John Curley, Larry Bryan, William Meyer, Coach Eric Noack, Coach Jamie Marcoux, and Athletics director John Parente.

Curley stated that he, his girlfriend Elyse Oklliti and fellow hockey player Donald Ratcliff were at Club

**Johnson & Wales University**
**Department Of Campus Safety & Security**
**Unusual Incident Report**

| | | | | |
|---|---|---|---|---|
| LOCATION OF OCCURANCE: Off Campus / See Location Detail / In Front Of 25 Richmond St | | | CASE NO. 041814 | PAGE NO. 3 |
| CODE SELECTION | CRIME DESCRIPTION: Knife / Cutting Instrument | CLASS: ASSAULT | LOSS | RECOVERY |
| DATE AND TIME FROM: 09/16/2004 23:50 | DATE AND TIME: 09/17/2004 12:10 | [ ] PROPERTY [ ] ALCOHOL [ ] TRAFFIC [ ] ARREST [ ] GANG [ ] DOM VIOLENCE [X] WEAPON Knife / Cutting Instrument | COPIES TO | CASE STATUS |
| DATE AND TIME TO: 09/17/2004 00:00 | ENTERED BY: HULL | | | APPROVED: YES INVESTIGATION [ ] YES [X] NO |

Ultra on Pine St. at approximately 00:00 hrs, 09/17/04 when Ratcliffe decided to leave the club. Curley and Oklliti accompanied him out of the club. The three began walking up Pine Street toward the Providence Performing Arts Center when Ratcliff was approached by ZBT fraternity member Christopher Havlak and an unknown fellow ZBT member.

According to Curley, the fraternity members began harassing Ratcliff and himself. Curly stated that the members were angry because the two players had chosen not to join the fraternity. He stated that he and Ratcliff had been harassed on several occasions by ZBT members regarding their choice not to join the fraternity, and on one occasion, Ratcliff's vehicle, a 2003 Black Mustang GT, had been vandalized and the tires slashed.

After the players and the ZBT members exchanged words, Havlak swung at Curly, missing Oklliti by inches. He swung again, and struck Ratcliff in the head. Ratcliff fell to the ground, striking his head on the concrete. Curley stated that he was "freaked out" because blood was coming out of Ratcliff's left ear. He called PFD Rescue, and Ratcliff was transported to Rhode Island Hospital. Curly accompanied him to the hospital in the PFD Rescue.

Curley stated that Havlak flashed a knife during the altercation.

According to Curley, Ratcliff was diagnosed with a concussion and skull fracture. He is currently at home with his parents, on 24 hour watch. Curley stated that Ratcliff may not be eligible to play when he recovers because the doctors told Ratcliff that if he sustained another blow to the head in the area of the fracture, the resulting injury could be fatal.

Parente stated that he is seeking to get ZBT's charter revoked and the fraternity disbanded.

Curly and Oklliti plan to get restraining orders against the entire fraternity in fear that they will be retaliated against for filing the report with Providence Police and me.

The Providence Police report number for this incident is CCR # 04-120692.

Officers Involved: Officer Rebecca Steele and Officer Bryan Hull.

| REPORTING OFFICER | DATE AND TIME | REVIEWED BY | DATE AND TIME |
|---|---|---|---|
| STEELE 0159 | 09/17/2004 12:10 | | |