# EXHIBIT 6


Pink = JWU Campus Property
Green = Sidewalk in front of 25 Richmond St.
(J&W owns 21-29 Richmond St.)
Yellow = Pine St. between Club Ultra and PPAC
DOWNTOWN PROPERTIES LIST
① PLANTATIONS HALL
② PAR BUILDING
⑤ XAVIER ACADEMY HALL
⑥ XAVIER HALL DORMITORY
⑧ JOHNSON HALL
⑭ CITIZEN'S BANK CENTER FOR STUDENT INVOLVEMENT
㉑ TACO CENTER
54 JA BUILDING (RICHMOND BUILDING
55 IMPERIAL HALL
56 260–266 WEYBOSSET STREET
40 KINSLEY BUILDING
44 ROLO BUILDING
75 ARCADE
JOHNSON & WALES UNIVERSITY
DOWNTOWN CAMPUS
LEGEND
EXISTING BUILDINGS
⑧ J & W BUILDING NUMBER