Date: 9/23/04 PROVIDENCE POLICE DEPARTMENT Page: 1
Time: 9:02:24 Offense Report Program: CMS301L

Case No. . . . . : 1-04-120692
Occur From Date: 9/16/04 23:59 Occur To Date . . : 9/16/04 23:59
Day Of Week . : Thursday Report Date . . : 9/16/04 23:59
Call Class . . : Assault, Simple Case Status . : Cleared by Arrest
Location Type : Highway/Road/Alley
Street Number : 25 RICHMOND
City . . . . . . : PROVIDENCE, RI 02903
Map Reference : 13 Post of Occur. : 13
District . . . . : 1 Report Officer : CHIN, EUGENE
Supervisory Ofc: VINACCO, KENNETH
Sec. Supervisor: SWEENEY, MICHAEL 9/21/04

********************** O F F E N S E R E P O R T # 1 ******************
Classification : Simple Assault Summary Class : Assault - Simple
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Weapon Type . : (I) None Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 9/23/04 Arrest Case No.: 1-04-120692

************** S U S P E C T / A R R E S T E E I N F O R M A T I O N - # 1 **
Name . . . . . : HAVLIK, CHRISTOPHER J. Birth Date . . : 11/28/1983 20
Maximum Age . : 20 Birth City . . . : FT. JEFFERSON, NY
Birth Country : United States of America
Race . . . . . : White Sex . . . . . : Male
Ethnic Origin : Not of Hispanic Origin
Street Number : 167 ORMS ST
City . . . . . . : PROVIDENCE, RI 02908
Social Security: 113705593 Minimum Height : 59
Minimum Weight : 202 Occupation . . : STUDENT
Residency . . : Resident of Providence Hair Color . . : Brown
Hair Length . : Short ( up to 1/2" ) Eye Color . . : Blue
Facial Hair . : None

************** V I C T I M I N F O R M A T I O N - # 1 ******************
Name . . . . . : RATCLIFFE, DONALD Birth Date . . : 4/17/1985 19
Race . . . . . : White Sex . . . . . : Male
Ethnic Origin : Not of Hispanic Origin
Street Number : 1605 DUNHAM RD
City . . . . . . : LONGHORNE, PA
Home Phone No. : 215/520-6390 Business Phone : 401/000-0000
Other Phone Nbr: 401/000-0000
Residency Statu: Non-resident of Providence
Injury Type 1 : None

********* O T H E R P E R S O N I N F O R M A T I O N - # 1 *********
Name . . . . . : OKOLITA, ELYSE Birth Date . . : 11/19/1985 18
Race . . . . . : White Sex . . . . . : Female
Ethnic Origin : Not of Hispanic Origin
Street Number : 20 NORTH ST
City . . . . . . : MIDDLEBOROUGH, MA
Home Phone No. : 508/982-6957 Business Phone : 401/000-0000
Other Phone Nbr: 401/000-0000

PLAINTIFF'S EXHIBIT

| | | |
|---|---|---|
| Date: 9/23/04 | PROVIDENCE POLICE DEPARTMENT | Page: 2 |
| Time: 9:02:24 | Offense Report | Program: CMS301L |

Case No. . . . : 1-04-120692 (Continued)

***************************** N A R R A T I V E # 1 *****************************

Original Report Reported By: CHIN, EUGENE 9/17/04
Entered By.: CIARAMELLO, DONNA 9/17/04

On 9/16/04, at approx., 2359 hrs., police were working a detail at the Complex, when police were flagged down for a subject down.
Police responded on scene and requested rescue. The victim was identified as Donald Ratcliffe, dob:4/17/85.
From witnesses, the incident was over a Johnson & Wales Fraternity. There was a witness id'ed as Elyse Okolita, dob:11/19/85, who stated she knows the suspects and where they live.
Ratcliffe was transported to RIH by rescue.

***************************** N A R R A T I V E # 2 *****************************

DET. SUPPLEMENT Reported By: FANNING, DANIEL T. 9/23/04
Entered By.: FANNING, DANIEL T. 9/23/04

ON SEPT. 21,2004 AT 10:20AM THE COMPL. DONALD P. RATCLIFFE RESPONDED TO THE DETECTIVE DIVISION AND LEFT A STATEMENT STATING HE WAS PUNCHED IN THE FACE AND FELL TO THE GROUND CAUSING A CONCUSSION THAT REQUIRED HIM TO BE TRANSPORTED TO R.I. HOSPITAL BY RESCUE ON 9-16-04 AT APPROX. 11:30PM. TWO OTHER WITNESSES LEFT STATEMENTS STATING THE SAME & ALL THREE SUBJECTS IDENTIFIED THE ASSAILANT AS CHRISTOPHER HAVLIC OF ORMS ST. A SUBJECT KNOWN TO THEM AS A FELLOW JOHNSON AND WALES STUDENT. MR HAVLIK CALLED DET. FANNING ON 9-21-04 AND RESPONDED THE NEXT DAY. HE W AS TOLD TO GET LEGAL ADVISE AND DID AND ON 9-23-04 AT 8:30AM RESPONDED TO THE PROVIDENCE POLICE DETECTIVE DIVISION WITH HIS LAWYER. MR HAVLIK DID NOT LEAVE A STATEMENT AND WAS THEN B/C WITH SIMPLE ASSAULT AND HE LD FOR THE NEXT SESSION 6TH DISTRICT COURT.
THIS INCIDENT OCCURED ON RICHMOND ST. NEAR PINE ST..

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *