# PROVIDENCE AP 24 - ANNOTATED MAP

