UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK :
:
v. : C.A. No. 05-510ML
:
JOHNSON & WALES UNIVERSITY :

**AFFIDAVIT OF CHRISTOPHER O. PLACCO**

I, Christopher O. Placco, upon oath, depose and state as follows:

1. I am the Vice President of Facilities Management for the Providence Campus of Johnson & Wales University (the "University") and have held this position since January of 2004. Previously, I had been the Executive Director of Construction and Planning for the University's Facilities Management Department for one and a half years.

2. In the position of Vice President of Facilities Management, I am responsible for planning and implementing capital projects, and I oversee all operations relating to buildings, facilities, grounds, transportation, and other functions for the Providence Campus of the University, which includes the Downcity Campus.

3. In my capacity as Vice President of Facilities Management, I am familiar with the buildings and parking lots that were owned by the University and its wholly-owned and controlled subsidiary, Griffin Realty Enterprises, Inc., in September of 2004.

4. The shaded areas on Exhibits 1, 2, and 3 accurately represent property owned or leased by the University or Griffin Realty Enterprises, Inc. in September of 2004.

5. The lot shown on Exhibits 1 and 2 as Providence Tax Assessor's Plat 24, Lot 495 (the "J&W Lot") is now and was in September of 2004, owned by the University.

6. The Lots shown on Exhibit 1 as Providence Tax Assessor's Plat 24, Lots 485, 499, 497, 492, 447, 047, 491, and 630 (the "Griffin Lots") are now and were as of September of 2004, owned by Griffin Realty Enterprises, Inc.

7. The J&W Lot and the Griffin Lots together constitute the University's "Richmond Lot."

8. The University controls the Richmond Lot and has engaged Metropark Ltd. ("Metropark") to manage the Richmond Lot.

9. The Richmond Lot is now and was in September of 2004, used by the University for the primary purpose of providing free parking for University employees. The Richmond Lot has 178 lined parking spaces, of which approximately 107 spaces were in September of 2004 (and 105 spaces currently are) allocated for daily parking by University employees who work in nearby University buildings and approximately another 20 spaces were (and are currently) used to provide parking for other University employees when visiting the University's Downcity Campus from time to time. Metropark is permitted to use the excess spaces not used for University parking for paid transient parking.

10. To the best of my knowledge, the street addresses for Providence Tax Assessor's Plat 24, Lot 495 are 43-49 Richmond Street and 171 Pine Street; and the street addresses for the contiguous Griffin Lots on Richmond Street, located on Providence Tax Assessor's Plat 24, Lots 630, 491, and 492, are 17-29 Richmond Street.

11. The University maintains and repairs the sidewalks in front of 17-29 Richmond Street and 43-49 Richmond Street (collectively the "Richmond Sidewalks"), and the University

keeps them clear of snow and ice in accordance with the Code of Ordinances for the City of Providence, Rhode Island, Sections 23-13 and 23-16.

12. University Safety & Security officers patrol the Richmond Lot and the Richmond Sidewalks as part of their regular patrol route for the University's Downcity Campus.

13. The following is a summary of the buildings and property owned or leased and used by the University in the area around the Richmond Sidewalks, which forms a part of the University's Downcity Campus and is bounded by Dorrance, Weybosset, Foster, and Friendship Streets as shown on Exhibit 3:

A. Plantations Hall. Plantations Hall is located on Providence Tax Assessor's Plat 24, Lot 502 and is owned by the University. Plantations Hall contains a fitness center, a mail center, the Pepsi Forum auditorium, the Chancellor's Office, and offices for the accounting, accounts payable, human resources & payroll, purchasing, and student employment departments.

B. The Del Sesto Building. The Del Sesto Building is located on Providence Tax Assessor's Plat 24, Lot 486 and is owned by the University. The Del Sesto Building contains information technology operations, Providence field services, and telecommunications

C. The Richmond Building. The Richmond Building is located on Providence Tax Assessor's Plat 24, Lot 487 and is owned by the University. The Richmond Building contains the dining services and student identification card departments, the employee enrichment program, the information technology department, the Renaissance Group, the Small Business Development Center, and other business development activities conducted by the University and its College

of Business in connection with the Rhode Island Department of Economic Development.

D. The Campus Safety & Security Building. This building is located at Providence Tax Assessor's Plat 24, Lot 488 and is owned by the University. The building contains campus safety and security offices and housing for campus visitors.

E. The John Hazen White Center and the Taco Center. These buildings are located on Providence Tax Assessor's Plat 24, Lot 653 and are owned by the University. The John Hazen White Center contains classrooms and academic administration and continuing education offices, and houses the School of Arts & Sciences, ESL (English as a second language) facilities, faculty offices, the Faculty Resource Center, two student dining facilities, and student academic services. The Taco Center contains classrooms, the Center for Entrepreneurship of the College of Business, the Center for Leadership Studies, the department of economics, faculty offices, the Feinstein Community Service Center, and facilities for the Honors Program.

F. The Citizen's Bank Center for Student Involvement. This building is located on Providence Tax Assessor's Plat 20, Lot 323 and is owned by the University. The Citizen's Bank Center for Student Involvement contains student activity facilities, including the box office for student events and offices for the Campus Herald (student newspaper), campus ministry, Greek councils, the health educator, the Johnsonian yearbook, new student orientation and support, parent relations, student activities, the Student Government Association, the University

Involvement Board, and the Women's Center.

G. Snowden Hall. This building is located on Providence Tax Assessor's Plat 20, Lot 375 and is owned by the University. Snowden Hall is a student residence hall with a student dining facility.

H. McNulty Hall. This building is located on Providence Tax Assessor's Plat 20, Lot 377 and is owned by the University. McNulty Hall a student residence hall.

I. The Yena Center/University Library. This building is located on Providence Tax Assessor's Plat 20, Lot 372 and is owned by the University. The Yena Center houses the University Library, an auditorium/presentation center, and the Career Development Department, as well as offices for academic affairs, admissions, advancement and development, alumni relations, campus administration, and public relations.

J. Gaebe Commons. Gaebe Commons is located on Providence Tax Assessor's Plat 20, Lot 376 and is owned by the University. Gaebe Commons is an open green space.

K. Johnson Hall. This building is located on Providence Tax Assessor's Plat 24, Lot 634 and is owned by the University. The building contains classrooms, the Accounting Faculty Offices, and Chestnuts (a student dining facility).

L. The Richmond Lot. This parking lot is described in paragraphs 5 through 9 above.

M. The Met Parking Lot. This parking lot is located on Providence Tax Assessor's Plat 24, Lots 507, 508, and 643 and is owned by the University. This

lot is used for University employee and student parking and for the placement of trash dumpsters servicing the John Hazen White Center, the Taco Center, and Plantations Hall buildings. The Federal Government utilizes a fenced area within the Met Parking Lot for parking for Federal Government employees within Providence Tax Assessor's Plat 24, Lot 508. No paid transient parking is permitted in this lot.

N. The Waite-Thresher Parking Lot. This parking lot is located on Providence Tax Assessor's Plat 24, Lots 509, 521, 520, 519, and 518 and is leased by the University from Clara Land Company, Inc. The parking spaces in the Waite-Thresher Parking Lot primarily are allocated as free daily parking for University employees who work in nearby University buildings. Metropark manages the lot for the University, and Metropark is permitted to use the excess spaces not used for University parking for paid transient parking.

O. The Johnson Lot. This parking lot is located on Providence Tax Assessor's Plat 24, Lots 634, 605, 606, and 321 and is owned by the University. Metropark manages this lot for the University, and it is used exclusively for University student and employee parking. No public transient parking is permitted.

14. University students and employees use the Richmond Lot and the Richmond Sidewalks on a daily basis during the academic school year to walk to and from the University buildings and facilities described in paragraph 13 above and to walk to and from University bus stops servicing those buildings and facilities.

Christopher O. Placco

State of Rhode Island
County of Providence

In Rhode Island in said County on the 20th day of April, 2007, before me personally appeared Christopher O. Placco, Vice President of Facilities Management for the Providence Campus of Johnson & Wales University, to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument, by him executed to be his free act and deed.

Notary Public
My commission expires:________________

SARAH ELIZABETH BLOSSOM
NOTARY PUBLIC #45484
MY COMMISSION EXPIRES ON 9/15/2007

# EXHIBIT 1

# PROVIDENCE AP 24 - ANNOTATED MAP



# EXHIBIT 2

# PROVIDENCE AP 24 - LARGER VIEW



# EXHIBIT 3


Pink = JWU Campus Property
Green = Sidewalk in front of 25 Richmond St.
(J&W owns 21-29 Richmond St.)
Yellow = Pine St. between Club Ultra and PPAC
FEDERAL BUILDING
WEYBOSSET
PINE
INTERSTATE
ROUTE
CLIFFORD
STREET
DOWNTOWN PROPERTIES LIST
① PLANTATIONS HALL
② PAR BUILDING
⑤ XAVIER ACADEMY HALL
⑥ XAVIER HALL DORMITORY
⑧ JOHNSON HALL
⑭ CITIZEN'S BANK CENTER FOR STUDENT INVOLVEMENT
㉑ TACO CENTER
54 JA BUILDING (RICHMOND BUILDING
55 IMPERIAL HALL
56 260-266 WEYBOSSET STREET
40 KINSLEY BUILDING
44 ROLO BUILDING
75 ARCADE
JOHNSON & WALES UNIVERSITY
DOWNTOWN CAMPUS
LEGEND
EXISTING BUILDINGS
⑧ J & W BUILDING NUMBER