UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTOPHER HAVLIK | : | |
| | : | |
| Vs. | : | C.A. No. 05-510ML |
| | : | |
| JOHNSON & WALES UNIVERSITY | : | |

**AFFIDAVIT OF CHARLES S. MEYERS**

I, Charles S. Meyers, upon oath, depose and state as follows:

1. I am the President of Metropark Ltd. ("Metropark"), a Rhode Island corporation. In that position I am fully familiar, and was familiar in September, 2004, with the parking lot owned in part by Johnson & Wales University ("University") and in part by a wholly-owned and controlled subsidiary of the University, Griffin Realty Enterprises, Inc. ("Griffin Realty"), that is located on the corner of Pine Street and Richmond Street in Providence, Rhode Island. That parking lot is also known as the "Richmond Lot."

2. Metropark manages the Richmond Lot on behalf of the University.

3. There are 178 lined parking spaces in the Richmond Lot.

4. The Richmond Lot is now and was in September, 2004, used by the University primarily to provide free parking for University employees. The Richmond Lot has 178 lined parking spaces, of which approximately 107 were allocated for daily parking by University employees and another 20 spaces were used on an occasional basis by employees visiting the University's Downcity Campus. Metropark is able to identify the University employees because each employee either has a University blue parking sticker identified as "Staff Downtown" on his or her vehicle, or Metropark parking attendants verify that the employee is assigned or

allowed to park in the Richmond Lot by referencing a list of employees who are permitted to park in the Richmond Lot and verifying the list with the University.

5. Metropark is permitted to use the excess spaces not used for University employee parking for public transient paid parking. Based on my experience and knowledge of transient paid parking in the excess space at the Richmond Lot, I reasonably estimate that at least ninety percent (90%) of the spaces available for public transient paid parking were in September, 2004, and are now currently utilized daily by University students.

I HAVE READ THE FOREGOING AFFIDAVIT AND DO SWEAR THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Charles S. Meyers

STATE OF FLORIDA
COUNTY OF Palm Beach

BEFORE ME, the undersigned authority, personally appeared Charles S. Meyers, who swears and deposes that he has read the Affidavit, that the same is true and correct to the best of his knowledge, and that he is the party executing the foregoing instrument, and he acknowledged said instrument, by him executed to be his free act and deed.

SWORN TO AND SUBSCRIBED before me this 18 day of April, 2007.

NOTARY PUBLIC

☒ Personally known by me, or
☐ Produced Identification:

Type of Identification

My Commission Expires: 3/22/2010

NOTARY PUBLIC-STATE OF FLORIDA
Frank J. Imbaro
Commission # DD531766
Expires: MAR. 22, 2010
Bonded Thru Atlantic Bonding Co., Inc.