# PROVIDENCE AP 24 - ANNOTATED MAP




"B"