# Rhode Island Corporation Search:

Corporation Status: Active

Look In: Corporation Name

Search Terms:

Search Type: Show Records with ALL of the above terms. Click Here for help with Boolean Searches

Submit Reset

ANNUAL REPORT AUTO-FILL
Please Select the Year you are filing fo..
2005: (View in Browser) OR (Save to PC)

2006: OR

2007: OR
(Note: You Need Adobe Reader Version 7 or above to create an auto-filled annual report, Click Here for the free download)

For Frequently Asked Questions regarding our Annual Report Autofill function or PDF's, Click Here

## ID# 69389

491.598-2838

## GRIFFIN REALTY ENTERPRISES, INC.

**Purpose:** THE PURCHASE, SALE, RENTAL AND LEASING OF REAL PROPERTY

**General Information**

**Status:** AC
**Charter:** DBC
**Chapter:** TITLE: 7-1.1-51
**State:** RHODE ISLAND
**Duration:** PERPETUAL
**File Date:** 8 /20 /1992
**Effective Date:** N/A
**Last Report Date:** 03/01/2007

**Annual Report Image:**
2005 Annual
2006 Annual
2007 Image Not Available
**Help On Viewing Annual Reports**

**Sic Code:** 5579--Real estate property managers

**Authorized Shares:** 1,000 NO PAR VALUE

**Business Address**

**Name and Address of the Registered/Resident Agent**

"C"

GRIFFIN REALTY ENTERPRISES. INC.
8 ABBOTT PARK PLACE
PROVIDENCE, RI 02903-, USA
(491)598-2838

BARBARA L. BENNETT. ESQ.
ONE COOKSON PLACE, 6TH FLOOR
PROVIDENCE, RI02903 USA
Agent is active...Registered office is maintained

**Primary Officer/Director/Partner/Manager Information**

**Title:** PRESIDENT
MERLIN A DECONTI JR.
ONE COOKSON PLACE, 6TH FLOOR
PROVIDENCE. RI02903, USA

**Mailing Information**

N/A

**Event Information**

Activity

Fictitious Names
Activity

Mergers

Corporations Division
Office of the Secretary of State A. Ralph Mollis
148 West River St.
Providence, RI 02904
corporations@sec.state.ri.us
www.sec.state.ri.us

Business Hours:
M-F 8:30 am to 4:30 pm
Tel. (401) 222-3040
Fax. (401) 222-1309
Director: Maureen Ewing