sidewalk or in the gutters in the city, and no person shall sweep, or cause to be swept, any sidewalk in the city between the hours of 10:00 a.m. and 6:00 p.m. Nothing in this section contained shall be construed as forbidding the placing of sand or other proper substances on sidewalks encumbered by ice, or the removing of snow from sidewalks at any time. (Ord. 1944, ch. 1281, § 1; Rev. Ords. 1946, ch. 33, § 33)

Cross reference—Garbage, trash and refuse generally, § 12-46 et seq.

**Sec. 23-13. Removal of snow—Required.**

All owners, occupants or persons having care of any building or lot bordering upon any street, highway or public place within the city, shall within the first four (4) hours of daylight after the end of any snowfall, or the fall or deposit of snow on the sidewalk of said building or lot from any cause whatsoever:

(a) Remove or cause to be removed all snow from a path not less than three (3) feet in width of the entire sidewalk bordering on said street, highway, or public place; provided however, in areas zoned C-3 as the same appears on the zoning map of the city and in such other areas as the director of public works may publicly designate, snow shall be removed from the entire sidewalk.

(b) Remove or cause to be removed all snow from around any fire hydrant on the sidewalk in front of said building or lot.

(c) Remove or cause to be removed all snow from the opening of any catch basins in the sidewalk of said building or lot. (Ord. 1914, ch. 30, § 24; Rev. Ords. 1946, ch. 33, § 38; Ord. 1961, ch. 1422, § 1)

Cross reference—Removal of snow and ice by railroad, § 19-22.

State law reference—Power of council to regulate removal of snow and ice from sidewalks, § 24-7-1, Gen. Laws 1956.

**Sec. 23-14. Same—Deposit restricted.**

Snow removed as provided in section 23-13 or from any lot shall not be thrown or deposited on any portion of a



"D"

street, highway or public place which has theretofore been plowed or cleared of snow, provided that the director of public works may whenever public convenience or necessity, or physical conditions so require or extreme hardship may result, modify the provisions hereof. (Ord. 1914, ch. 30, § 24; Rev. Ords. 1946, ch. 33, § 38; Ord. 1961, ch. 1422, § 2)

State law reference—Power of council to regulate removal of snow and ice from sidewalks, § 24-7-1, Gen. Laws 1956.

**Sec. 23-15. Depositing snow on highway.**

No owner, lessee or occupant of any premises, or any person cleaning or removing snow therefrom, shall deposit or cause to be deposited any snow from said premises upon any highway except with the permission of the director of public works. (Ch. 33, § 49, added by Ord. 1958, ch. 1183, § 1)

**Sec. 23-16. Removal of ice from sidewalks, required.**

Whenever the sidewalk or any part thereof adjoining any building or lot of land on any street shall be encumbered with ice, it shall be the duty of the owner, occupant or any person having the care of such building or lot, to cause such sidewalk to be made safe and convenient by removing the ice therefrom, or by covering the same with sand or some other suitable substance. (Ord. 1914, ch. 30, § 25; Rev. Ords. 1946, ch. 33, § 39)

State law reference—Power of council to regulate removal of snow and ice from sidewalks, § 24-7-1, Gen. Laws, 1956.

**Sec. 23-17. Removal of snow and ice on sidewalks adjoining city property.**

(a) Sidewalks adjoining property belonging to or occupied by the city shall be cleared of snow under the direction of the department, committee or officer of the city having by ordinance or statute the care, custody or use of such property. Whenever the sidewalk or any part thereof adjoining any property belonging to or occupied by the city shall be encumbered with ice, the department, committee or officer of the city having by ordinance or statute the care, custody r use of such property, shall cause such sidewalk to be r

**Sec. 23-48. Expulsion of disorderly persons from bathhouses and comfort stations.**

Any attendant in charge or police officer may exclude or expel from any public bathhouse or comfort station any person conducting himself in a disorderly manner or violating any rules provided for in section 23-47, in any particular. (Ord. 1914, ch. 13, § 1; Ord. 1917, ch. 175, § 1; Rev. Ords. 1946, ch. 29, § 10)

**Secs. 23-49—23-58. Reserved.**

## ARTICLE III. CONSTRUCTION AND REPAIR OF SIDEWALKS*

**Sec. 23-59. Power and authority of director of public works.**

The director of public works is hereby vested with full power and authority to superintend, order and direct the building and altering of any sidewalk in the city, the materials to be used, and the time within which said building or alteration shall be made. (Ord. 1914, ch. 49, § 14; Rev. Ords. 1946, ch. 2, § 94)

**Sec. 23-60. License required from director of public works.**

No person shall carry on the business of building and altering sidewalks in the city unless he shall be first duly licensed by the director of public works. (Ord. 1929, ch. 727, § 1; Rev. Ords. 1946, ch. 33, § 1)

---

*__Cross references__—Department of public works, § 2-111 et seq.; director of public works to report on highway matters, § 2-112; to superintend work on streets and sidewalks, § 2-113; to superintend numbering of streets and placing of signs, § 2-114; city engineer to be consulted on matters of public improvement, § 2-132; authority as to structures and public works, § 2-133; installation of sockets in sidewalks for display for flags, §§ 2-317, 2-318.

**State law references**—Authority of council to lay out, alter or repair sidewalks, ch. 24-7, Gen. Laws 1956; special act authorizing certain construction under sidewalks, P. L. 1909, ch. 472, as amended by P. L. 1915, ch. 1276 and P. L. 1916, ch. 1417; special act authorizing council to establish system of fees for granting or issuing licenses or permits, P. L. 1922, ch. 2241.

**Sec. 23-61. Issuance of license.**

The director of public works may license any suitable person to carry on the business of building and altering sidewalks in the city, but no such license shall be issued until the fee therefor shall have been paid to the city collector. (Ord. 1929, ch. 727, § 1; Rev. Ords. 1946, ch. 33, § 2)

**Sec. 23-62. Bond to accompany license application.**

Every person making application for a license to carry on the business of building and altering sidewalks shall furnish a bond in the sum of five thousand dollars ($5,000.00), with one or more sureties, satisfactory to the director of public works, conditioned substantially that the applicant shall pay any damages or loss suffered by any person or persons by reason of any negligence of the applicant in the work of building or altering sidewalks and further conditioned that the applicant shall indemnify and save harmless the city and said director and the owners of the premises abutting the sidewalks on which any work is being done, from all suits and actions of every name and description brought against said city, or any officer of the city, or any such owner, for or on account of any injuries or damages received or sustained by any person in consequence of or resulting from any improper work performed by said applicant, his servants or agents, or of or from any improper materials used in said work, or of or from any negligence in guarding said work, or of or from any act or omission of said applicant, his servants or agents. It shall also be conditioned that the applicant shall faithfully perform said work in all respects to the satisfaction of the director of public works, and that said applicant shall comply in all respects with the rules and regulations established by the director relative to said work and shall also pay all fines imposed upon him for violation of any such rule or regulation. (Ord. 1929, ch. 727, § 1; Rev. Ords. 1946, ch. 33, § 3; Ord. 1952, ch. 585, § 1)

**Sec. 23-63. Place of business prerequisite to licensing.**

No license to carry on the business of building or altering sidewalks in the city shall be granted to any person unless he