CAPITOL
COURT REPORTING
Court Reporting • Tape Transcription

Condensed Transcript of the Testimony of

# Christopher Havlik

Taken on June 13, 2006

Christopher Havlik v. Johnson & Wales University

931 Jefferson Boulevard, Suite 2003, Warwick, RI 02886 p: 401.739.3600 f: 401.739.3665
www.capitolcourtreporting.com

"A"

A. Yes.
**Q. -- male or a female?**
A. He's a male.
**Q. Okay. And who else?**
A. Joel Phillips.
**Q. And are these fellows both fraternity brothers?**
A. Yes.
**Q. Where did you go?**
A. We didn't have a certain destination we were gonna go to, just knew downtown Providence, see what was going on.
**Q. Yup.**
A. First we went to Club Ultra, and the line went all the way down to the corner of Richmond Street. Richmond and Pine.
**Q. Yup.**
A. Where that police substation is.
**Q. Mm-hmm.**
A. The line went all the way there. The fire marshal was there that night saying, you know, no one else is in, place is at capacity, everyone must leave. So, we turned around, we left.
**Q. Did you actually get into the club?**
A. No, we didn't. We got to the front of the line, talked



to the guy at the front, "What's going on, is anybody else going in?" He said, "No, we're shutting it down." Okay. So then we walked back towards Richmond, and I saw my friend Elyse there, said hello.
**Q. What's Elyse's last name?**
A. Elyse Okalita.
**Q. And where did you know her from?**
A. From school. She is in a sorority and we all hang out.
**Q. And who was with you when you saw Elyse?**
A. Joel Phillips and Corey.
**Q. Okay. And was Elyse with anyone?**
A. No, she was by herself at that time.
**Q. She was just standing there by herself?**
A. Standing there by herself.
**Q. Okay. Then what happened?**
A. So then I, I saw her, we came to eye contact and it's like, "Elyse, what's going on? What are you doing here?" She's like, "Oh, I don't know." It was like, "Oh, we just tried to get into Ultra but they're shutting it down." Like, "Oh, all right."
So, we were just talking and all of a sudden I heard screaming and cursing, and it was getting louder and I was just looking around. Still standing there on the corner of Richmond and Pine. And the screaming, and



so I turned around and -- what's his name. Mind blank. Don Ratcliffe was behind me screaming, cursing. Said that I messed up his car, had $2,000 worth of damage. I said, "Don, I don't know -- what are you -- I don't know what you're talking about. I don't know where you live, what kind of car you drive. I really don't care."
So then he started -- constantly screaming, "F" you, cursing, profanities. And my friend Joel stepped in and said -- well, Elyse got in the middle and she's like, "Don, Stop! Stop! Stop!" So he kind of calmed down and I'm -- I just stepped back, I stepped back a little bit to look at the situation, saying what's going on.
**Q. Okay, so besides Elyse and Don Ratcliffe and Joel Phillips and Corey --**
A. Place.
**Q. -- Place, was there anyone else there?**
A. No. It was just us.
**Q. Okay. All right.**
A. And his friend John Curley was there.
**Q. Okay.**
A. And there might have been another one of his friends but I don't recall their name.
**Q. Okay. What happened?**



A. So then, you know, Elyse calmed him down and then Joel went in and was calming the whole situation down. Shook Don's hand, shook John's hand, and then they were off. So...
**Q. They who were off?**
A. Elyse, John and Don walked away. They walked.
**Q. Elyse Okalita.**
A. John Curley.
**Q. John Curley.**
A. And Don Ratcliffe.
**Q. And Don Ratcliffe. And they walked away?**
A. Yes.
**Q. Did you run into them again at some point?**
A. So then we were walking towards Club Hell. They went -- they went the opposite way than we did. We went to the right to Club Hell.
**Q. Club Hell?**
A. It's called Club Hell. Next to Spike's. It's just a club.
**Q. So you were heading toward Club Hell.**
A. And then the bouncer was telling everyone they gotta go. So we're like, what are we gonna do. So we said let's -- "You guys want to get a slice of pizza?" So we went to go get a -- we were gonna go to Saki's. I think

it's called Saki's. I don't know. To get a slice of pizza. And we crossed over Pine Street. And there's a big parking lot, pay parking lot over there, and the -- it was filled with cars. And about twenty feet after the intersection, after we crossed over Pine Street, we were just talking about, whatever, and all of a sudden, Don, Elyse -- Don and Elyse come out of the cars, and John -- and Don started screaming, cursing at me again. And so we --
**Q. When you say they came out of the cars, what are you --**
A. All the cars were parked in the parking lot and we were walking up the sidewalk.
**Q. Okay.**
A. And if you look to the left, there's all cars parked here. And then they just walked out over here. And Don started screaming again and...
**Q. Okay.**
A. And then he kept -- he started walking over my way. And Elyse grabbed him and she was pushing him back. She was like, "Don, Don, stop! Stop! Stop! And he kept screaming, cursing. His face was bright red. He was slurring his words. I knew he was obliviated drunk. So, Don's six and a half feet tall, Elyse is a small girl. So he was leaning over, cursing at me, screaming,



"I'm not afraid of you! "F" you! You messed up my car!" I said, "Don, I don't even know where you live, I don't know what kind of car you drive. What are you talking about?"
And then he kept -- he walked over to me and he had his hands clenched and he was flailing his arms and he was -- spit was coming out of his mouth when he was talking. I think -- he just -- he kept -- he leaned over her and he had his arms flailing still, and I was intimidated, I was scared, and I hit him.
**Q. And did he go down to the ground?**
A. Yes.
**Q. And --**
A. You know, when he was up and, he kept saying, "I'm not afraid of you! I'll kill you! I know you did it!"
**Q. And was -- who was there besides yourself when this -- when this -- when you threw this punch, who was there? Elyse?**
A. Elyse was there.
**Q. Yup.**
A. Corey was there. And John -- and Joel was there.
**Q. Corey -- give me their full names.**
A. Corey Place, sorry.
**Q. Corey Place.**



A. Joel Phillips.
**Q. Joel Phillips.**
A. Elyse Okalita was there.
**Q. Yup.**
A. As soon as he went down, John and one of his other friends came running over.
**Q. John, that would be John Hurley?**
A. John Curley, yes.
**Q. Curley.**
A. Curley.
**Q. Yup.**
A. Came running over and I walked away.
**Q. Were -- you didn't stay around to see the ambulance arrive?**
A. No.
**Q. Was Ratcliffe conscious when you left?**
A. I don't know, I didn't even look.
**Q. Was -- had Ratcliffe been asked to join ZBT?**
A. Yeah, he was asked.
**Q. And did he decline?**
A. He said, "I don't know what I want to do." You know, "I'm on the hockey team." And I'm like, "All right." You know, "Whatever." Offer's on the table if you want to, if you want to do it, you know, you could do that.



Or if you want to play on -- be on the hockey team, whatever, that's fine also. You know, it's up to you."
**Q. Is ZBT known as a jock house or something?**
A. No.
**Q. Okay. And how about Curley, was he also asked to join?**
A. Yes.
**Q. He was asked to join, too?**
A. Yeah, they were best friends and I think they grew up together. They came to school together also. They remained best friends and...
**Q. Now, were you questioned about this incident by anybody?**
A. From when -- from when on? From that night on?
**Q. Yes. From that night on.**
A. No.
**Q. You were never questioned by anyone from campus security?**
A. No.
**Q. Were you questioned by anyone from the Providence Police Department?**
A. I was -- I was delivered a notice, hand delivered a notice on Monday on my last class. I don't recall what time it was, but they met me at my last period class to give me a notice of suspension saying I have to -- you know, "We have to remove you from this campus, you're