UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CHRISTOPHER HAVLIK

VS. C.A. NO.: 05-510-ML

JOHNSON & WALES UNIVERSITY

**AFFIDAVIT**

1. I, JOHN E. FORNARO, JR. upon oath depose and say that I am an experienced real estate Title Examiner in the State of Rhode Island and have been doing such work during the last 36 years. I was asked by Attorney John R. Mahoney to examine the ownership of certain real estate in the City of Providence at and in the vicinity of the southwest corner of Pine Street and Richmond Street in Providence.

2. After having examined pertinent Land Evidence and Tax Assessor's records of the City of Providence, I prepared an annotated map which depicts the record ownership of several lots in the area as of September 16, 2004. The red dot is placed on the sidewalk on Richmond Street adjacent to Lot 495, whose borders are outlined in yellow and which is owned by Johnson & Wales University, Inc., at the location where Attorney Mahoney advised me the incident involving his client occurred on or about September 16, 2004. The other lots whose numbers are highlighted in yellow are owned by Johnson & Wales University. The lots marked with a dark green dot are owned by Griffin Parking Enterprises, Inc. The lots crossed out with an "X" are owned by entities other than Johnson & Wales University and Griffin Parking Enterprises, Inc.

John E. Fornaro, Jr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 1st day of May, 2007.

Notary Public
My Commission Expires 6/23/10