# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**CHRISTOPHER HAVLIK**

**VS.** **C.A. NO. 05-510ML**

**JOHNSON & WALES UNIVERSITY**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment shall enter for the defendant, Johnson & Wales University, against the plaintiff, Christopher Havlik, pursuant to the Memorandum and Order dated May 11, 2007 GRANTING plaintiff's Motion for Summary Judgment.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: May 11, 2007