**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

C.A. NO.: 05-510-ML

CHRISTOPHER HAVLIK

VS.

**NOTICE OF APPEAL**

JOHNSON & WALES UNIVERSITY

Notice is hereby given that Christopher Havlik, the plaintiff, in the above captioned case hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 11th day of May, 2007.

CHRISTOPHER HAVLIK,
BY HIS ATTORNEY,

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 1st day of June, 2007 I mailed a true copy of the within to John Tarantino, Esq., Adler, Pollock & Sheehan, PC., One Citizens Plaza, 8th Floor, Providence, RI 09203 – 1345.

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax