05-00510
USDCRI
C151

# United States Court of Appeals
## For the First Circuit

---

No. 07-1879

CHRISTOPHER HAVLIK,

Plaintiff, Appellant,

v.

JOHNSON & WALES UNIVERSITY,

Defendant, Appellee.

---

**JUDGMENT**
Entered: December 5, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's summary judgment order is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/27/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Mahoney, Mr. Tarantino, Ms. Hynes, & Mr. Curcio.]